RECEIVED
~~SDNY PRO SE OFFICE~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2019 APR 23  PM 2:25
S.D. OF N.Y.

___Antoine Bee_____

Write the full name of each plaintiff.

No. **19 CV 3622**
(To be filled out by Clerk's Office)

-against-

___Department Of Corrections_____

___Health Home and Hospitals_____

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____Antoine_____  _____D_____  _____GEE_____
First Name              Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____349-19-01703_____
Prisoner ID # (If you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____North Command Anex_____
Current Place of Detention

_____1500 Hazen ST East Elmhurst New York 11370_____
Institutional Address

_____Queens_____  _____New york_____  _____11370_____
County, City              State                 Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:** Docter  Roul  Ramos
First Name  Last Name  Shield #

The Head docter of N.I.C.
Current Job Title (or other identifying information)

1500 Hazen ST. East elmhurt NEW YORK 11370
Current Work Address

Ms. Michelle Nallett
County, City  State  Zip Code

**Defendant 2:**  Deputy Warden
First Name  Last Name  Shield #

1500 Hazen ST. East Elmhurst New York
Current Job Title (or other identifying information)

Current Work Address

County, City  State  Zip Code

**Defendant 3:**
First Name  Last Name  Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City  State  Zip Code

**Defendant 4:**
First Name  Last Name  Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City  State  Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _North Command Anex_

Date(s) of occurrence: 3-29-bo-3-30-19-4-1--19-4-619

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Fact$1. I was denied pain medication by Docter Ramos at N.I.C.

Fact #2 was denied double mattresses that would accomadate my arteritus

Fact #3 is that these are not even matresses that they give us to sleep on, they are Yoga Matts

Fact # 4 I was denied Medical Housing during my intake process by the Department of Correction.

Fact # 5 I am being denied the medical care that I should be aforded at N.I.C.

Fact # 6 Being denied the proper Medical Trasportation.

fact#7  I was denied my medical Foot waer that was made My Prosthetic Leg.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

None Stop pain due to the lack of pain Medication by Dorter Ramos at N.I.C.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$250.000 for the main and suffering and the lack medical treatment that I was denied at N.I.C.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | | Plaintiff's Signature |
|---|---|---|
| Antoine | D | Bee |
| First Name | Middle Initial | Last Name |

1500 Hazen ST. East Elmhurst N.Y.
Prison Address

| Queens | New York | 11370 | |
|---|---|---|---|
| County, City | State | | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

ATTACHMENT -B-1

 

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| | | |
|---|---|---|
| **Inmate's Name:** Antoine d. Gee | **Book & Case #:** 349-19-01703 | **NYSID #:** 01041697m |
| **Facility:** N.I.C. | **Housing Area:** dorm3 | **Date of Incident:** 4-8-19 / **Date Submitted:** 4-8-19 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**
On the aboved date I was in the bathroom in dorm 3. there wwas water on the floor. I was walking and did not see thewater as I wwas walking out I lost my balance and fell. In a result I hurt my back ~~and I also re-injured a heel injurery.~~

**Action Requested by Inmate:**
to be compensated for my pain and suffering.

**Please read below and check the correct box:**

| Question | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☐ |
| Have you filed this grievance with a court or other agency? | ☐ | ☐ |
| Did you require the assistance of an interpreter? | ☐ | ☐ |

**Inmate's Signature:** Gee, Antoine

**Date of Signature:** 4-8-19

FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | | |
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

|  | **CITY OF NEW YORK - DEPARTMENT OF CORRECTION** |  |
|---|---|---|
| | OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES<br>INMATE STATEMENT FORM | Form: # 7101R-A<br>Eff.: 9/14/18<br>Ref.: Dir. 3376R-A |

The Office of Constituent and Grievance Services (OCGS) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.
You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.

- A grievance is a written complaint submitted by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement.
- You always have the right to file a complaint/grievance. Inmates are only allowed to file one complaint for each grievance form.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance with this office.
- Inmate shall not file repetitive grievances / 311 complaints where time frame to investigate said complaint has not elapsed. This will be considered misuse.

*All grievance forms must be signed. Failure to sign form will be deemed invalid.*

## THE SUBMISSION AND APPEALS PROCESSES

**1. SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; if the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2. FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3. COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition, you will have two (2) business days to appeal to the Division Chief.

**4. APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5. CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

| GRIEVANCE CATERGORIES | | CATERGORIES NOT SUBECT TO THE GRIEVANCE PROCESS |
|---|---|---|
| 1. CLASSIFICATION/SRG STATUS<br>2. CLOTHING<br>3. COMMISSARY<br>4. CORRESPONDENCE / MAIL<br>5. EMPLOYMENT<br>6. ENVIRONMENTAL<br>7. FOOD<br>8. INMATE ACCOUNT<br>9. JAIL TIME<br>10. LAUNDRY<br>11. LAW LIBRARY<br>12. MEDICAL/ACCESS TO SICK CALL | 13. MENTAL HEALTH<br>14. PERSONAL HYGIENE<br>15. PHONE<br>16. PROGRAMS<br>17. PROPERTY<br>18. RECREATION<br>19. RELIGION<br>20. RULES AND REGULATIONS<br>21. SCHOOL<br>22. SEARCH<br>23. SOCIAL SERVICES<br>24. TRANSPORTATION<br>25. VISIT<br>26. OTHER | 1. ASSAULT ALLEGATION<br>2. SEXUAL ABUSE/SEXUAL HARASSMENT (PREA)<br>3. HARASSMENT ALLEGATION<br>4. STAFF COMPLAINT<br>5. INMATE ALTERCATION<br>6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT ALLEGATION (PREA)<br>7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION<br>8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, ENHANCED RESTRAINT STATUS, RED ID OR CMC)<br>9. MEDICAL STAFF / MENTAL HEALTH STAFF<br>10. REQUEST FOR PROTECTIVE CUSTODY<br>11. REQUEST FOR ACCOMMODATION DUE TO DISABILITY<br>12. FREEDOM OF INFORMATION LAW REQUEST<br>13. HOUSING<br>14. INMATE GRIEVANCE<br>15. OTHER |

