# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Antoine Gee
_____

Write the full name of each plaintiff or petitioner.

Case No. 19 CV 3622 (LTS)

-against-

Department of corrections, Raul Ramos,
Deputy Warden michelle nallet (H+H)
_____

Write the full name of each defendant or respondent.

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Gee, Antoine    Antoine Gee
                        plaintiff or defendant    name of party who is making the motion

requests that the Court:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-1-19

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☑ the following additional documents:

10-19-19
Dated

Antoine D, Gee
Name

1500 Haizen Street    east elmhurst,    New York    11370
Address                City                State        Zip Code

_____
Telephone Number (if available)

Signature

3491901703
Prison Identification # (if incarcerated)

_____
E-mail Address (if available)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Antoine , Gee

_____

Fill in above the full name of each plaintiff or petitioner.

Case No. 19 CV 3622(LtS)

-against-

Department of corrections, Raui Ramos
(H + H) City of new york, Deputy
Warden michelle nallet

_____

Fill in above the full name of each defendant or
respondent.

## DECLARATION

In opposition to Defendants motion for
Summary Judgment

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment."

I, Gee, Antoine. , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

I am attaching Supporting Documents as efi evidence

_____

_____

_____

_____

Attach additional pages and documents if necessary.

10-19-12
Executed on (date)

_Signature_

Antoine, Gee
Name

349190 1703
Prison Identification # (if incarcerated)

1500 Hazen Street        east elmhurst, new york      11370
Address                          City                    State        Zip Code

Telephone Number (if available)              E-mail Address (if available)



**GEE, ANTOINE**

NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: North Infirmary Command

04/11/2019

Appointment Provider: Christopher Larosa, PA

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- Menthol-Methyl Salicylate - Ointment Total Dose: one application Every 8 Hours prn, stop date 04/15/2019, Drug Source: Pharmacy
- Robaxin 500 MG Tablet Total Dose: 500 mg Every 8 Hours, stop date 04/13/2019, Drug Source: Pharmacy
- Naprosyn 250 MG Tablet Total Dose: 250 mg every 12 hrs, stop date 04/14/2019, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Allergies
N.K.D.A.

## Reason for Appointment
1. Medication renewal

## Assessments
1. Complete traumatic amputation of unspecified lower leg, level unspecified, initial encounter - S88.919A

## Treatment
**1. Complete traumatic amputation of unspecified lower leg, level unspecified, initial encounter**
Start Gabapentin Capsule, 100 MG, Total Dose: 100 mg, Orally, Every 8 Hours, 30 days, Drug Source: Pharmacy

Disposition: Dorm 3/Handicapped Housing

Appointment Provider: Christopher Larosa, PA

℞

Electronically signed by Christopher Larosa , PA on 04/11/2019 at 10:24 AM EDT

Sign off status: Completed

North Infirmary Command
1500 Hazen Street

Patient: GEE, ANTOINE  DOB: 03/20/1992  Progress Note: Christopher Larosa, PA  04/11/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...  4/15/2019



**NYC HEALTH + HOSPITALS**

Insurance: Self Pay

# GEE, ANTOINE
NYSID: 0104169 1M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old  Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: North Infirmary Command

04/12/2019                                    Appointment Provider: Christopher Larosa, PA

## Current Medications
**Taking**
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- Menthol-Methyl Salicylate - Ointment Total Dose: one application Every 8 Hours prn, stop date 04/15/2019, Drug Source: Pharmacy
- Robaxin 500 MG Tablet Total Dose: 500 mg Every 8 Hours, stop date 04/13/2019, Drug Source: Pharmacy
- Naprosyn 250 MG Tablet Total Dose: 250 mg every 12 hrs, stop date 04/14/2019, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Every 8 Hours, stop date 05/11/2019, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Reason for Appointment
1. Charger

## Assessments
1. Complete traumatic amputation of left lower leg, level unspecified, sequela - S88.912S

## Treatment
**1. Others**
Referral To:Nursing Follow Up NIC
        Reason:Charger

Referral To:Internal (REF) DOC   Miscellaneous
        Reason:Please allow pt to use charger daily from 6 AM until 10 AM. Thank you

Disposition: Dorm 3/Handicapped Housing

Appointment Provider: Christopher Larosa, PA

Electronically signed by Christopher Larosa , PA on 04/12/2019 at 10:56 AM EDT

Sign off status: Completed

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Christopher Larosa, PA   04/12/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/15/2019



**Insurance: Self Pay**

# GEE, ANTOINE

NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: North Infirmary Command

04/13/2019                                              Antonio Joseph, MD

## Current Medications
**Taking**
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- Menthol-Methyl Salicylate - Ointment Total Dose: one application Every 8 Hours prn, stop date 04/15/2019, Drug Source: Pharmacy
- Robaxin 500 MG Tablet Total Dose: 500 mg Every 8 Hours, stop date 04/13/2019, Drug Source: Pharmacy
- Naprosyn 250 MG Tablet Total Dose: 250 mg every 12 hrs, stop date 04/14/2019, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Every 8 Hours, stop date 05/11/2019, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan 17 treated, July 17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Allergies
N.K.D.A.

## Reason for Appointment
1. Requesting stat dose of gabapentin

## History of Present Illness
Notes::
    27 year old s/p left leg amputation with prosthesis in place. complaining of phantom pain and requesting stat dose of Gabapentin. Patient has an active prescription for Gabapentin 100 mg TID.

## Examination
General Examination:
    GENERAL APPEARANCE: no acute distress.
    NEUROLOGIC EXAM: alert and oriented x 3, gait: is s/p left BKA; has left leg prosthesis. .
    MENTAL STATUS: normal speech, normal, full affect, alert, awake, oriented x 3.

## Assessments
1. Phantom limb syndrome with pain - G54.6

## Treatment
**1. Phantom limb syndrome with pain**
Start Gabapentin Capsule, 300 MG, Total Dose: 300 mg, Orally, 1 dose Stat, 1 days, Refills 0, Drug Source: RN/LPN DOT
Notes: 27 year old s/p left leg amputation with prosthesis in place. complaining of phantom pain and requesting stat dose of Gabapentin. Patient has an active prescription for Gabapentin 100 mg TID.
Will give stat dose of Gabapentin as requested.

## Follow Up
prn

Disposition: Return to Current Housing

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Antonio Joseph, MD   04/13/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/15/2019

**NYSID:** 01041691M  **BookCase:** 3491901703

**GEE, ANTOINE**
223 NORTH JAMES ST, 2, PEEKSKILL, NY 10566

**DOB:** 03/20/1992  **Age:** 27 Y  **Sex:** Male

| | |
|---|---|
| **Home:** | **Primary Insurance:** |
| **Work:** | **PCP:** |
| **Cell:** | **Account Number:** 348672 |
| **Email:** | |
| **Advance Directive:** | |

**Allergies :**  N.K.D.A

**Medical History**

**Active Problem List**

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|
| RI50 | SMI - NO | | | 09/19/2017 | 04/01/2019 | Allen, Malissa |
| F43.23 | Adjustment disorder with mixed anxiety and depressed mood | | | 09/26/2017 | 04/01/2019 | Allen, Malissa |
| Z00.01 | Encounter for general adult medical examination with abnormal findings | | | 07/07/2017 | 07/07/2017 | Harris, Brenda R |
| S88.919A | Complete traumatic amputation of unspecified lower leg, level unspecified, initial encounter | | | 07/07/2017 | 07/12/2017 | Minn, Myoe |
| I10 | Essential (primary) hypertension | | | 07/07/2017 | 03/28/2019 | Davia, Michael |
| M79.605 | Pain in left leg | | | 07/08/2017 | 04/08/2019 | Scrimmager, Leon |
| F41.8 | Other specified anxiety disorders | | | 07/11/2017 | 07/12/2017 | Minn, Myoe |
| Z44.8 | Encounter for fitting and adjustment of other external prosthetic devices | | | 07/12/2017 | 07/12/2017 | Minn, Myoe |
| 820.9 | Open fracture of hip NOS | | | 07/12/2017 | 07/12/2017 | Minn, Myoe |
| R07.82 | Intercostal pain | | | 09/18/2017 | 09/18/2017 | Mccready, Joseph |
| Z71.3 | Dietary counseling and surveillance | | | 09/18/2017 | 09/18/2017 | Mccready, Joseph |
| A52.8 | Late syphilis, latent | | | 09/22/2017 | 09/22/2017 | Barnes (inactive), Landis |
| Z63.4 | Disappearance and death of family member | | | 09/22/2017 | 09/22/2017 | Mateo, Eugenio |
| 733.90 | Osteopenia | | | 10/18/2017 | 10/18/2017 | Mccready, Joseph |
| E78.5 | Hyperlipidemia, unspecified | | The client is on Remeron, Abilify at present. the medications can cause lipids and glucose abnormalities. Glyco Hemoglobin A1-C to be monitor. | 10/19/2017 | 10/19/2017 | Mejia, Franklin |

BAC Number : <u>3491901703</u>           GEE,ANTOINE

| Date | Description | Notes | Reference | Amount | Balance |
|------|-------------|-------|-----------|--------|---------|
| 04/17/19 | POSTAGE/CERT. MAIL | 5WHALANPLC,YONKERSNY | 1343706655 ( | 0.55) | 9.15 |
| 04/17/19 | POSTAGE/CERT. MAIL | 7520ASTORIABLV,E,ELM | 1343706654 ( | 0.55) | 9.70 |
| 04/17/19 | POSTAGE/CERT. MAIL | 526W146ST NY NY10031 | 1343706653 ( | 0.55) | 10.25 |
| 04/17/19 | POSTAGE/CERT. MAIL | 70W3RDST,MTVERNON,NY | 1343706652 ( | 0.55) | 10.80 |
| 04/17/19 | POSTAGE/CERT. MAIL | 125BWAY NY 10013 | 1343706651 ( | 0.55) | 11.35 |
| 04/17/19 | POSTAGE/CERT. MAIL | 199WATER ST NY 10038 | 1343706649 ( | 0.55) | 11.90 |
| 04/17/19 | HAIRCUT/HAIRSTYLE | HA - 1343591181 | 1343706648 ( | 2.00) | 12.45 |
| 04/17/19 | VENDOR PHONE CHARG | RS - 1343690154 | 1343706647 ( | 0.60) | 14.45 |

```
Available Balance    :    9.15     Unpaid Restitutions    :
Total Balance        :    9.15     Held Check Balance     :
Current Facility ID :NIC           Surcharge Balance      :
Status              :DETAINED      Uncollected Surcharge:
Filing Fee Balance   :             Funds in Escrow        :
```



**NEW YORK SPINE & SPORT**
REHABILITATION MEDICINE P.C.

ADVANCED PAIN MANAGEMENT INTERVENTIONS

# GEE, ANTOINE D

25 Y old Male, DOB: 03/20/1992
Account Number: 75517
526 WEST 146ST , APT 4C, NEW YORK, NY-10031
Home: 646-590-2378
Guarantor: GEE, ANTOINE D    Insurance: MVP HEALTH
CARE Payer ID: SX089
PCP: JOHN MEGARR    Referring: PLACENCIA MITZY
Appointment Facility: BronxBlvd/North-Bronx-NYSSRM

08/17/2017                                    **PROGRESS NOTE:  Geetha Ajay**

## Current Medications
**Taking**
- Gabapentin 400 MG Capsule 1 capsule Three times a day
- TraMADol HCl ER 200 MG Tablet Extended Release 24 Hour 1 tablet Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed q 12 hrs, prn pain
- Oxycodone HCl 10 MG Tablet 1 tablet every 12 hours

## Past Medical History
HIGH BLOOD PRESSURE

## Surgical History
pelvic reconstruction
Knee Surgery
LEG SURGERY
Amputation of the left leg 1/2015

## Allergies
morphine
Anesthesia
Aspirin

## Review of Systems
Pain Management:
Bowel Problems No. Bladder Problems No. Fever No. Headaches No. Numbness No. Tingling No. Back pain No. Neck Pain No. Joint Pain No. no Insomina. no Depression.

## Reason for Appointment
1. F/U

## History of Present Illness
Pain management:
The patient complains of pain in the mid back , lower back radiating into the bilateral hip down the thigh. Patient has tightness in his right ankle. . The pain is described as sharp, stabbing , dull , aching , burning , cramping , pressure . The timing of the pain is constant. The pain is worse in the lower back. The severity of the pain is 7.5/10 with medications on a visual analog scale with 10 being the most unbearable pain ever felt. The pain began 01/17/17-after a motor vehicle accident causing sciatic nerve damage, patient stated that went down to surgery around 17 times. Treatments have included physical therapy, local injections without relief . The pain is improved by with activity . The pain is aggravated by prolonged sitting . The pain is associated with swelling at the base of the stump. patient's would like to  return to normal painfree daily activities. patients ability to function is limited in regards to do ADLS . Patient has not been able to do much because he has not had his medication. Compared to last visit the pain is unchanged in the back (axial pain) area overall since initial visit.

## Examination
General examination:
General appearance: Alert and Oriented x 3. Mood: Normal. Gait: Normal. Coordination: Test for balance and neuro-functional strength testing reveal with normal responses. Pulse: Palpable Pulses. Edema: None. RI No lesions. Temperature: afebrile.
Lower back:
Inspection: no visible or palpable masses, significant muscle spasm. Palpation: No palpable deformity is present, tenderness with muscle spasms, at the bilateral lumbar midline area, R>L. Lumbar spine ROM limited ROM within all planes of activity. Cervical pain and stiffness reproduction was tested with mov however, none was present. Straight leg raising: negative bilaterally. Stability: Patricks test and Gaenslens test are negative bilaterally. Motor system: Bilateral upper and lower extremities reveals normal strength bilaterally. Sensory exam: Normal spine, bilateral UE & LE. Deep

Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Geetha Ajay   08/17/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   11/17/2017



**NEW YORK SPINE & SPORT**
REHABILITATION MEDICINE P.C.

ADVANCED PAIN MANAGEMENT INTERVENTIONS

# GEE, ANTOINE D

25 Y old  Male, DOB: 03/20/1992
Account Number: 75517
526 WEST 146ST , APT 4C, NEW YORK, NY-10031
Home: 646-590-2378
Guarantor: GEE, ANTOINE D   Insurance: MVP HEALTH
CARE Payer ID: SX089
PCP: JOHN MEGARR   Referring: PLACENCIA MITZY
Appointment Facility: BronxBlvd/North-Bronx-NYSSRM

---

11/16/2017                                    PROGRESS NOTE:  Geetha Ajay

## Current Medications

**Taking**
● Gabapentin 400 MG Capsule 1 capsule
Three times a day
**Unknown**
● Percocet 10-325 MG Tablet 1 tablet as
needed q 12 hrs, prn pain
● TraMADol HCl ER 200 MG Tablet
Extended Release 24 Hour 1 tablet Once a day

## Past Medical History

HIGH BLOOD PRESSURE

## Surgical History

pelvic reconstruction
Knee Surgery
LEG SURGERY
Amputation of the left leg 1/2015

## Family History

Non-Contributory

## Social History

Handedness: Right.
Marital status: Single.
Alcohol: yes, Moderate.
Smoking: yes, I previously smoked.

## Allergies

morphine
Anesthesia
Aspirin

## Review of Systems

Pain Management:
    Bowel Problems No. Bladder
Problems No. Fever No. Headaches No.
Numbness No. Tingling No. Back pain Yes.
Neck Pain No. Joint Pain No. no Insomina.
no Depression.

## Reason for Appointment

1. F/U

## History of Present Illness

Pain management:
    The patient complains of pain in the lower back radiating into the hips. The pain is described as sharp, throbbing. The timing of the pain is constant. The pain is worse in the lower back. The severity of the pain is 8/10 with medications on a visual analog scale with 10 being the most unbearable pain ever felt. The pain began 01/17/17 after a motor vehicle accident causing sciatic nerve damage, patient stated that went down to surgery around 17 times. Treatments have included physical therapy, local injections without relief . The pain is improved by with activity . The pain is aggravated by prolonged sitting . The pain is associated with swelling at the base of the stump. patient's would like to  return to normal painfree daily activities. patients ability to function is limited in regards to do ADLS. Patient has not been able to do much because he has not had his medication. Compared to last visit the pain is unchanged in the back (axial pain) area overall since initial visit.

## Examination

General examination:
    General appearance: Alert and Oriented x
3. Mood: Normal. Gait: Normal. Coordination: Test for balance and neuro-functional strength testing reveal with normal responses. Pulse: Palpable Pulses. Edema: None. RI No lesions. Temperature: afebrile.
Lower back:
    Inspection: no visible or palpable masses, significant muscle spasm. Palpation: No palpable deformity is present, tenderness with muscle spasms, at the bilateral lumbar midline area, R>L. Lumbar spine ROM limited ROM within all planes of activity. Cervical pain and stiffness reproduction was tested with mov however, none was present. Straight leg raising: negative bilaterally. Stability: Patricks test and Gaenslens test are negative bilaterally. Motor system: Bilateral upper and lower extremities reveals normal strength bilaterally. Sensory exam: Normal spine, bilateral UE & LE. Deep Tendon Reflexes: Bilaterally symmetrical 1+ in UEs & LEs, Babinski negative.

---

Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Geetha Ajay   11/16/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   11/17/2017



**NEW YORK SPINE & SPORT**
REHABILITATION MEDICINE PC

ADVANCED PAIN MANAGEMENT INTERVENTIONS

**GEE, ANTOINE D**
25 Y old Male, DOB: 03/20/1992
Account Number: 75517
526 WEST 146ST , APT 4C, NEW YORK, NY-10031
Home: 646-590-2378
Guarantor: GEE, ANTOINE D    Insurance: MVP HEALTH
CARE Payer ID: SX089
PCP: JOHN MEGARR    Referring: PLACENCIA MITZY
Appointment Facility: NYSSRM6-NYSSRM-MidtownManhattan

08/04/2017                                   **PROGRESS NOTE: Sireen Gopal, MD**

### Current Medications

**Taking**
- OxyContin 20 MG Tablet Extended Release 12 Hour
- Oxycodone HCl 10 MG Tablet
- Medication List reviewed and reconciled with the patient

### Past Medical History
HIGH BLOOD PRESSURE

### Surgical History
pelvic reconstruction
Knee Surgery
LEG SURGERY
Amputation of the left leg

### Family History
No Family History documented.

### Social History
Handedness: Right.
Marital status: Single.
Alcohol: yes, Moderate.
Smoking: yes, I previously smoked.

### Allergies
morphine
Anesthesia
Aspirin

### Review of Systems

Multisystem Review:
    Constitutional Negative. Opioid management denies abuse of medication, denies medication side effects. Cardiology Negative. Respiratory Negative. Gastroenterology Negative. Genitourinary Negative. Neurology Negative. Psychiatric Negative. Endocrinology Negative.  HEENT Negative. Hematology / Oncology denies bleeding disorder.
Other:
    no Anemia.  no Bleeding tendencies.

### Reason for Appointment
1. follow up

### History of Present Illness
Pain management:
    The patient complains of increased pain in the mid back down the lower back radiating into the bilateral hip down the thigh. Patient has tightness in his right ankle. Patient complains of increased neuropathic pain and would like to try gabapentin again. Patient also having a tightness and discomfort in the pelvic area. The pain is described as sharp, stabbing , dull , aching , burning , cramping , pressure . The timing of the pain is constant. The pain is worse in the lower back. The severity of the pain is 10/10 with medications on a visual analog scale with 10 being the most unbearable pain ever felt. The pain began 01/17/17-after a motor vehicle accident causing sciatic nerve damage, patient stated that went down to surgery around 17 times. Treatments have included physical therapy, local injections without relief . The pain is improved by with activity . The pain is aggravated by prolonged sitting . The pain is associated with swelling at the base of the stump. patient's would like to  return to normal painfree daily activities. patients ability to function is limited in regards to do ADLS. Patient has not been able to do much because he has not had his medication. Compared to last visit the pain is 3 times as bad as it was before due to not having his meds and also the elevator in his building is not working so he has had to walk up the stairs.

### Examination

General examination:
    General appearance: Alert and Oriented x 3. Mood: Normal. Gait: Normal. Coordination: Test for balance and neuro-functional strength testing reveal with normal responses. Cardiovascular Regular rate and rhythm. Pulse: Palpable Pulses. Edema: None. Rl No lesions. Temperature: afebrile.
Lower back:
    Inspection: no visible or palpable masses, significant muscle spasm. Palpation: No palpable deformity is present, tenderness with muscle spasms, at the lumbar midline area. Lumbar spine ROM limited ROM within all planes of activity. Cervical pain and stiffness reproduction was tested with mov however, none was present. Straight leg raising: negative bilaterally. Stability: Patricks test and Gaenslens

Patient: GEE, ANTOINE D   DOB: 03/20/1992    Progress Note: Sireen Gopal, MD    08/04/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...    11/17/2017

no Cancer. no Chemotherapy. no Urinary Tract Infection. no Immunosuppressed. no Pregnancy. no Recent steroid use. no Transfusion history. no Sickle Cell.
Pain Management:
    Bowel Problems No. Bladder Problems No. Fever No. Headaches No. Numbness No. Tingling No. Back pain No. Neck Pain No. Joint Pain No. no Insomina. no Depression.
Pain Management:
    Bowel and Bladder Problems No.
Constitutional Symptoms:
    recent weight change yes. no fever. no fatigue.
Dermatology:
    Patient denies rash.
Ophthalmology:
    no Blurring of vision. no Burning. no Dander related eye symptoms. no Diminished vision. no Drainage from eyes. no Dry eyes. no Eye irritation. no Eye pain. no Glaucoma. no Photophobia. no Red eyes. no Seasonal eye sx. no Vision loss.
Cardiology:
    no Heart trouble. no Chest Pain/Angina. no shortness of breath. no Swelling of feet/Ankles/Hand.
Respiratory:
    Chronic or Frequent Cough No. Shortness of Breath No. no Asthma.
Gastroenterology:
    no Loss of Appetite. no change in bowel habits. no Nausea/Vomiting. Constipation yes. no Abdominal pain. no Heartburn. no Peptic Ulcer.
Respiratory 2:
    Asthma No. Bronchitis No. COPD Yes. Dyspnea No. Orthopnia Yes. Pneumonia Yes. Recent URI yes. no Chest congestion. no Chest pain. no Cough. no Excessive sputum. no Shortness of breath. no Wheezing.
Urology:
    no frequent urination. no Burning or painful urination. no Blood in urine. no difficulty starting/stopping. no Urinary incontinence. no Sexual difficulty.
Musculoskeletal:
    Joint pain yes. Joint stiffness yes. Joint swelling yes. weakness of muscles or joints yes. Muscle Pain yes. Back pain yes. Neck Pain yes. Difficulty in walking yes.
Neurology:
    no Headache. no Light headed or dizzy. no Convulsions or Seizures. Tingling/numbness yes. no Tremor. no Paralysis. no Head injury.
Female reproductive:
    no Abnormal vaginal discharge. no Breast pain. no Contraception. no Dysmenorrhea. no Dyspareunia. no Frequent yeast infections. no Heavy periods. no Hot flashes. no Infertility. no Menstrual period. no Nipple discharge. no Pelvic pain. no Post-menopausal.

test are negative bilaterally. Motor system: Bilateral upper and lower extremities reveals normal strength bilaterally. Sensory exam: Normal spine, bilateral UE & LE. Deep Tendon Reflexes: Bilaterally symmetrical 1+ in UEs & LEs, Babinski negative.
Hip / Thigh:
    Hip joint: right. Inspection: no effusion, ecchymosis or deformitites. Palpation: tenderness on trochanteric bursa right. Range of motion: Right: Patricks test is negative and restricted rotation and abduction.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Sacroiliitis, not elsewhere classified - M46.1
4. Pain in right knee - M25.561
5. Opioid use, unspecified, uncomplicated - F11.90
6. Myalgia - M79.1
7. Bilateral primary osteoarthritis of hip - M16.0
8. Phantom limb syndrome with pain - G54.6

## Treatment
**1. Other spondylosis with radiculopathy, lumbar region**
Refill OxyContin Tablet ER 12 Hour Abuse-Deterrent, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60 Tablet
Refill Oxycodone HCl Tablet, 10 MG, 1 tablet, Orally, every 12 hours, 30 days, 30
    PROCEDURE: ULTRASOUND
    PROCEDURE: THEURAPEUTIC PROCEDURE
    PROCEDURE: THERAPEUTIC EXERCISE 1/1
    PROCEDURE: ELECTRICAL STIMULATION
    PROCEDURE: MYOFASCIAL RELEASE
    PROCEDURE: HOT COLD PACKS
    PROCEDURE: GAIT TRAINING
Notes: Natural history of the above condition was explained in detail with various treatment options in consideration, Spine stabilization program including a progression from emphasis on pain reduction to stabilzation to gym program is prescribed. Soft tissue flexibility, joint mobility, abdominal program, posture, body mechanics, ergonomics if needed and modalities for pain is prescribed. Frequency 2 -3 x a week for 6 weeks duration.

**2. Sacroiliitis, not elsewhere classified**
    PROCEDURE: 77003 FLOUROSCOPY
    PROCEDURE: 27096 SACROILIAC JOINT ARTHROGRAPH
Notes: Patient Educated with: Anesthesia Instructions-Pain Intervention04252017144434.pdf (Anesthesia Instructions-Pain Intervention04252017144434.pdf) Patient Educated with: SACRO-ILIAC JOINT INJECTION04272017092345.pdf (SACRO-ILIAC JOINT INJECTION04272017092345.pdf), Natural history of the above condition was explained in detail with various treatment options in consideration, Sacroiliac injection injection under fluoroscopic guidance is recommended in the near future. These injection are performed with xray guidance to direct potent medications to the

---

**Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Sireen Gopal, MD   08/04/2017**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   11/17/2017

no Pregnancies.  no Sexually active.
Psychology:
    no Memory loss or confusion.
no Nervousness.  no Insomnia.
no Depression.  no Suicidal ideation.
Endocrinology:
    no Glandular or Hormone problem.  no
Thyroid Disease.  no Thyroid disease.
no Excessive thirst.  no Excessive urination.
no Cold intolerance.  no Heat intolerence.
Hematology:
    Patient denies abnormal bleeding.
Male reproductive:
    no Contraception.  no Difficulty
urinating.  no Difficulty with erection.
no Diminished sexual drive.  no Impotence.
no Penile discharge.
Allergy:
    no drug allergies.
HEENT:
    no blurred vision.  no Dry mouth.
no Headache.
Opioid Management:
    Patient denies mediation abuse,
medication side effects, alcohol use.

precise joint as the source of the pain. The steroid reduces inflammation in the joint to relief pain. Possible benefits, side effects, complications and alternatives were discussed in detail. No contraindications are present. The goal of interventional pain management is to control pain to facilitate rehabilitation and improve function. This may aid in breaking the pain cycle of drug dependence and disuse. Patient was explained that these injections are done under fluoroscopic guidance to improve safety and efficacy. Furthermore these targeted source of pain treatment limit dosage and side effects of steroids used. Risks for the spinal interventional procedure recommended include but not limited to infection, bleeding, nerve injury, loss of limb function, loss of sensation and paralysis. It was explained to patient that all forms of spine interventions although rare involve some risks and no guarantee or promises can be made concerning the results of my procedure or treatment.

**Follow Up**
4 Weeks

**Electronically signed by SIREEN GOPAL , MD on 11/17/2017 at 03:12 PM EST**

**Sign off status: Pending**

---

**NYSSRM6-NYSSRM-MidtownManhattan**
**800 2ND AVE**
**NEW YORK, NY 10017-4709**
**Tel: 212-991-9991**
**Fax: 212-991-9901**

---

Patient: GEE, ANTOINE D    DOB: 03/20/1992    Progress Note: Sireen Gopal, MD    08/04/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**PROGRESS NOTE**

**Patient:** GEE, ANTOINE D
**Account Number:** 75517
**DOB:** 03/20/1992  **Age:** 25 Y  **Sex:** Male
**Phone:** 914-987-8541
**Address:** 526 WEST 146ST , APT 4C, NEW YORK, NY-10031
**Pcp:** JOHN MEGARR

**Provider:** Sireen Gopal, MD
**Date:** 06/08/2017

---

### Subjective:

#### Chief Complaints:
- MID BACK PAIN

#### HPI:
Pain management:
  The patient complains of pain in the mid back down the lower back radiating into the bilateral hip down the tight associated with tingling . The pain is described as sharp, stabbing , dull , aching , burning , cramping , pressure . The timing of the pain is constant. The pain is worse in the lower back. The severity of the pain is 10/10 with medications on a visual analog scale with 10 being the most unbearable pain ever felt. The pain began 01/17/17-after a motor vehicle accident causing sciatic nerve damage, patient stated that went down to surgery around 17 times. Treatments have included physical therapy, local injections without relief . The pain is improved by with activity . The pain is aggravated by prolonged sitting . patient's would like to  return to normal painfree daily activities. patients ability to function is limited in regards to do ADLS.

### ROS:

#### Multisystem Review:
- Constitutional Negative.
- Opoid management denies abuse of medication, denies medication side effects.
- Cardiology Negative.
- Respiratory Negative.
- Gastroenterology Negative.
- Genitourinary Negative.
- Neurology Negative.
- Psychiatric Negative.
- Endocrinology Negative.
- HEENT Negative.
- Hematology / Oncology denies bleeding disorder.

#### Other:
- no Anemia.
- no Bleeding tendencies.
- no Cancer.
- no Chemotherapy.
- no Urinary Tract Infection.
- no Immunosuppressed.
- no Pregnancy.
- no Recent steroid use.
- no Transfusion history.
- no Sickle Cell.

#### Pain Management:
- Bowel Problems No.
- Bladder Problems No.

- Fever No.
- Headaches No.
- Numbness No.
- Tingling No.
- Back pain No.
- Neck Pain No.
- Joint Pain No.
- no Insomina.
- no Depression.

Pain Management:
- Bowel and Bladder Problems No.

Constitutional Symptoms:
- recent weight change yes.
- no fever.
- no fatigue.

Cardiology:
- no Heart trouble.
- no Chest Pain/Angina.
- no shortness of breath.
- no Swelling of feet/Ankles/Hand.

Dermatology:
- Patient denies rash.

Ophthalmology:
- no Blurring of vision.
- no Burning.
- no Dander related eye symptoms.
- no Diminished vision.
- no Drainage from eyes.
- no Dry eyes.
- no Eye irritation.
- no Eye pain.
- no Glaucoma.
- no Photophobia.
- no Red eyes.
- no Seasonal eye sx.
- no Vision loss.

Respiratory:
- Chronic or Frequent Cough No.
- Shortness of Breath No.
- no Asthma.

Gastroenterology:
- no Loss of Appetite.
- no change in bowel habits.
- no Nausea/Vomiting.
- Constipation yes.
- no Abdominal pain.
- no Heartburn.
- no Peptic Ulcer.

Urology:
- no frequent urination.
- no Burning or painful urination.

- no Blood in urine.
- no difficulty starting/stopping.
- no Urinary incontinence.
- no Sexual difficulty.

Respiratory 2:

- Asthma No.
- Bronchitis No.
- COPD Yes.
- Dyspnea No.
- Orthopnia Yes.
- Pneumonia Yes.
- Recent URI yes.
- no Chest congestion.
- no Chest pain.
- no  Cough.
- no Excessive sputum.
- no Shortness of breath.
- no Wheezing.

Musculoskeletal:

- Joint pain yes.
- Joint stiffness yes.
- Joint swelling yes.
- weakness of muscles or joints yes.
- Muscle Pain yes.
- Back pain yes.
- Neck Pain yes.
- Difficulty in walking yes.

Neurology:

- no Headache.
- no Light headed or dizzy.
- no Convulsions or Seizures.
- Tingling/numbness yes.
- no Tremor.
- no Paralysis.
- no Head injury.

Female reproductive:

- no Abnormal vaginal discharge.
- no Breast pain.
- no Contraception.
- no Dysmenorrhea.
- no Dyspareunia.
- no Frequent yeast infections.
- no Heavy periods.
- no Hot flashes.
- no Infertility.
- no Menstrual period.
- no Nipple discharge.
- no Pelvic pain.
- no Post-menopausal.
- no Pregnancies.
- no Sexually active.

Psychology:
- no Memory loss or confusion.
- no Nervousness.
- no Insomnia.
- no Depression.
- no Suicidal ideation.

Hematology:
- Patient denies abnormal bleeding.

Male reproductive:
- no Contraception.
- no Difficulty urinating.
- no Difficulty with erection.
- no Diminished sexual drive.
- no Impotence.
- no Penile discharge.

Endocrinology:
- no Glandular or Hormone problem.
- no Thyroid Disease.
- no Thyroid disease.
- no Excessive thirst.
- no Excessive urination.
- no Cold intolerance.
- no Heat intolerence.

Allergy:
- no drug allergies.

HEENT:
- no blurred vision.
- no Dry mouth.
- no Headache.

Opioid Management:
- Patient denies mediation abuse, medication side effects, alcohol use.

**Medical History:**
- HIGH BLOOD PRESSURE

**Surgical History:**
- pelvic reconstruction
- Knee Surgery
- LEG SURGERY
- Amputation of the left leg

**Family History:**
Non-Contributory

**Social History:**
Handedness: Right.
Marital status: Single.
Alcohol: yes, Moderate.
Smoking: yes, I previously smoked.

**Medications:**
    **Taking**
- OxyContin 20 MG Tablet Extended Release 12 Hour

- Oxycodone HCl 10 MG Tablet
- Medication List reviewed and reconciled with the patient

**Allergies:**
- morphine
- Anesthesia
- Aspirin

## Objective:

**Vitals:** BMI 22.24, Wt 164, Ht 6'0".

### Examination:

General examination:
- General appearance: Alert and Oriented x 3.
- Mood: Normal.
- Gait: Normal.
- Coordination: Test for balance and neuro-functional strength testing reveal with normal responses.
- Cardiovascular Regular rate and rhythm.
- Pulse: Palpable Pulses.
- Edema: None.
- RI No lesions.
- Temperature: afebrile.

Lower back:
- Inspection: no visible or palpable masses, significant muscle spasm.
- Palpation: No palpable deformity is present, tenderness with muscle spasms, at the lumbar midline area.
- Lumbar spine ROM limited ROM within all planes of activity.
- Cervical pain and stiffness reproduction was tested with mov however, none was present.
- Straight leg raising: negative bilaterally.
- Stability: Patricks test and Gaenslens test are negative bilaterally.
- Motor system: Bilateral upper and lower extremities reveals normal strength bilaterally.
- Sensory exam: Normal spine, bilateral UE & LE.
- Deep Tendon Reflexes: Bilaterally symmetrical 1+ in UEs & LEs, Babinski negative.

Hip / Thigh:
- Hip joint: right.
- Inspection: no effusion, ecchymosis or deformitites.
- Palpation: tenderness on trochanteric bursa right.
- Range of motion: Right: Patricks test is negative and restricted rotation and abduction.

## Therapeutic Interventions:

## Assessment:

**Assessment:**
- Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
- Low back pain - M54.5
- Sacroiliitis, not elsewhere classified - M46.1
- Pain in right knee - M25.561
- Opioid use, unspecified, uncomplicated - F11.90
- Myalgia - M79.1
- Bilateral primary osteoarthritis of hip - M16.0

## Plan:

**1. Other spondylosis with radiculopathy, lumbar region**

Refill OxyContin Tablet Extended Release 12 Hour, 20 MG, 1 tab(s), Orally, every 12 hrs, 30 day (s), 60 Tablet ;

Stop Oxycodone HCl Tablet, 10 MG, Orally ;

Start Oxycodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, q 12 hrs, prn pain, 30 day(s), 60 ;

Start Lyrica Capsule, 75 MG, 1 capsule, Orally, tid, 30 day(s), 90 Capsule, Refills 1 .

- **Procedure:**77003 FLOUROSCOPY
- **Procedure:**27096 SACROILIAC JOINT ARTHROGRAPH
- **Procedure:**ULTRASOUND
- **Procedure:**THEURAPEUTIC PROCEDURE
- **Procedure:**THERAPEUTIC EXERCISE 1/1
- **Procedure:**ELECTRICAL STIMULATION
- **Procedure:**MYOFASCIAL RELEASE
- **Procedure:**HOT COLD PACKS
- **Procedure:**GAIT TRAINING

Notes: Natural history of the above condition was explained in detail with various treatment options in consideration, Spine stabilization program including a progression from emphasis on pain reduction to stabilzation to gym program is prescribed. Soft tissue flexibility, joint mobility, abdominal program, posture, body mechanics, ergonomics if needed and modalities for pain is prescribed. Frequency 2 -3 x a week for 6 weeks duration, Sacroiliac injection injection under fluoroscopic guidance is recommended in the near future. These injection are performed with xray guidance to direct potent medications to the precise joint as the source of the pain. The steroid reduces inflammation in the joint to relief pain. Possible benefits, side effects, complications and alternatives were discussed in detail. No contraindications are present. The goal of interventional pain management is to control pain to facilitate rehabilitation and improve function. This may aid in breaking the pain cycle of drug dependence and disuse. Patient was explained that these injections are done under fluoroscopic guidance to improve safety and efficacy. Furthermore these targeted source of pain treatment limit dosage and side effects of steroids used. Risks for the spinal interventional procedure recommended include but not limited to infection, bleeding, nerve injury, loss of limb function, loss of sensation and paralysis. It was explained to patient that all forms of spine interventions although rare involve some risks and no guarantee or promises can be made concerning the results of my procedure or treatment.

**2. Low back pain**

- **Procedure:**ULTRASOUND
- **Procedure:**THEURAPEUTIC PROCEDURE
- **Procedure:**THERAPEUTIC EXERCISE 1/1
- **Procedure:**ELECTRICAL STIMULATION
- **Procedure:**MYOFASCIAL RELEASE
- **Procedure:**HOT COLD PACKS
- **Procedure:**GAIT TRAINING

Notes: Natural history of the above condition was explained in detail with various treatment options in consideration, Spine stabilization program including a progression from emphasis on pain reduction to stabilzation to gym program is prescribed. Soft tissue flexibility, joint mobility, abdominal program, posture, body mechanics, ergonomics if needed and modalities for pain is prescribed. Frequency 2 -3 x a week for 6 weeks duration.

**3. Pain in right knee**

Notes: Natural history of the above condition was explained in detail with various treatment options in consideration.

**4. Opioid use, unspecified, uncomplicated**

- **Lab:**Urine Drug Screen
- **Lab:**opiate contract

- **Lab:**Pain Medication Questionnaire-PMQ

Notes: Natural history of the above condition was explained in detail with various treatment options in consideration, The patient was explained the goals of short term narcotic management. The natural history of the present illness was therefore taken into consideration. The short term goal includes taper of narcotic dose by therapeutic interventions. Therapeutic interventions may include other adjunct non-narcotic pain medications, physical therapy, pain management interventions and or surgical corrective surgery as and if indicated. , Patient was explained that their narcotic use can be considered habitual. Although patient has a pain disease/condition other modes of treatment should be used such as physical therapy, non narcotic medications, interventional pain treatments and pschological approach. Chronic narcotic use should only be the last resort especially for chronic pain syndrome management. The patient was explained the potiential of opoid dependence, tolerance, addiction and other potential risks of chronic habitual narcotic use. Patient was also explained that the potential of tolerance which can be the reason for increased use of narcotics not disease progression. Patient understands and still continues to insists that chronic narcotic treatment is helping function and quality of life., Possible side effects and risks of prescribed medications were explained. Use of narcotic medications and its related potential side effects such as constipation, drowsiness, sedation and drug dependence were outlined. No abuse, aberrant or adverse effects were noted. Patient was cautioned and advised to not participate in driving motor vehicles or operating machinery or use of alcohol and other drugs interfering with motor activities. Safeguarding of these controlled substances in the home and patients environment was explained to keep away from other family members and friends. Access of these medications should be guarded and is the responsibility of the patient including for possible theft., Opioid contract reviewed and copy provided to patient. The Opiod Contract documents the patient agreeing to take medications as prescribed, by only our Doctors and Associates, keep medications safe, not abuse or misuse, or use other illegal controlled substances, understands risks and side effects including physical dependence and withdrawal condition, overdosage risks, not driving or operating machinery and agree to submit urine specimen at any time to be tested for drugs., PMQ is conducted as part of our opioid assessment. It helps dertermine how much monitoring a patient on long term opioid may require. Questions may indicate individual relative risk for developing opioid dependence and further management recommendations. Research with PMQ indicates that higher PMQ scores correlate with higher levels of substance abuse, psychopathology and physical/life functioning problems amongst patients. , Urine drug screen ordered.

## 5. Myalgia

Notes: Natural history of the above condition was explained in detail with various treatment options in consideration, We recommend the above medication to be used for treatment of chronic pain in this patient. This adjuvant form of treatment can help in pain management with other multimodal treatment options. With its use in this patient we wish to avoid or limit long term use of narcotics. Use of this medication can help reduce symptoms related to neural excitability and wind up phenomena of the nervous system that may be existing in patients with chronic pain. This medicine can also help aiding with sleep disturbances associated with pain condition. Narcotics have been postulated to increase neural excitability in long term use and we wish to use it only as the last resort in management of chronic pain.

## 6. Bilateral primary osteoarthritis of hip

- **Procedure:**ULTRASOUND
- **Procedure:**THEURAPEUTIC PROCEDURE
- **Procedure:**THERAPEUTIC EXERCISE 1/1
- **Procedure:**ELECTRICAL STIMULATION
- **Procedure:**MYOFASCIAL RELEASE
- **Procedure:**HOT COLD PACKS
- **Procedure:**GAIT TRAINING

Notes: Natural history of the above condition was explained in detail with various treatment options in consideration, A, A/AROM of hip was prescribed. PRE of hip muscles including gym program will

be progressed as tolerated. Use of modalities to control pain was prescribed. Gait and balance training in PT was prescribed with safety issues addressed. Frequency of 2-3x a week for 6 weeks duration.

**Immunizations:**

**Procedure Codes:**

- 99204 Offic Visit, New Pt., Level 4

**Follow Up:** 2 Weeks procedure

**Provider:** Sireen Gopal, MD
**Patient:** GEE, ANTOINE D  **DOB:** 03/20/1992  **Date:** 06/08/2017

**Electronically signed by SIREEN GOPAL , MD on 06/26/2017 at 01:39 PM EDT**
**Sign off status: Completed**



**NEW YORK SPINE & SPORT**
REHABILITATION MEDICINE P.C.
ADVANCED PAIN MANAGEMENT-INTERVENTIONS

# GEE, ANTOINE D

25 Y old Male, DOB: 03/20/1992
Account Number: 75517
526 WEST 146ST , APT 4C, NEW YORK, NY-10031
Home: 646-590-2378
Guarantor: GEE, ANTOINE D   Insurance: MVP HEALTH
CARE Payer ID: SX089
PCP: JOHN MEGARR   Referring: PLACENCIA MITZY
Appointment Facility: BronxBlvd/North-Bronx-NYSSRM

08/17/2017

PROGRESS NOTE: Geetha Ajay

## Current Medications
Taking
- Gabapentin 400 MG Capsule 1 capsule Three times a day
- TraMADol HCl ER 200 MG Tablet Extended Release 24 Hour 1 tablet Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed q 12 hrs, prn pain
- Oxycodone HCl 10 MG Tablet 1 tablet every 12 hours

## Past Medical History
HIGH BLOOD PRESSURE

## Surgical History
pelvic reconstruction
Knee Surgery
LEG SURGERY
Amputation of the left leg 1/2015

## Allergies
morphine
Anesthesia
Aspirin

## Review of Systems
Pain Management:
Bowel Problems No. Bladder Problems No. Fever No. Headaches No. Numbness No. Tingling No. Back pain No. Neck Pain No. Joint Pain No. no Insomina, no Depression.

## Reason for Appointment
1. F/U

## History of Present Illness
Pain management:
The patient complains of pain in the mid back , lower back radiating into the bilateral hip down the thigh. Patient has tightness in his right ankle. . The pain is described as sharp, stabbing , dull , aching , burning , cramping , pressure . The timing of the pain is constant. The pain is worse in the lower back. The severity of the pain is 7.5/10 with medications on a visual analog scale with 10 being the most unbearable pain ever felt. The pain began 01/17/17-after a motor vehicle accident causing sciatic nerve damage, patient stated that went down to surgery around 17 times. Treatments have included physical therapy, local injections without relief . The pain is improved by with activity . The pain is aggravated by prolonged sitting . The pain is associated with swelling at the base of the stump. patient's would like to return to normal painfree daily activities. patients ability to function is limited in regards to do ADLS. Patient has not been able to do much because he has not had his medication. Compared to last visit the pain is unchanged in the back (axial pain) area overall since initial visit.

## Examination

General examination:
General appearance: Alert and Oriented x
3. Mood: Normal. Gait: Normal. Coordination: Test for balance and neuro-functional strength testing reveal with normal responses. Pulse: Palpable Pulses. Edema: None. RI No lesions. Temperature: afebrile.
Lower back:
Inspection: no visible or palpable masses, significant muscle spasm. Palpation: No palpable deformity is present, tenderness with muscle spasms, at the bilateral lumbar midline area, R>L. Lumbar spine ROM limited ROM within all planes of activity. Cervical pain and stiffness reproduction was tested with mov however, none was present. Straight leg raising: negative bilaterally. Stability: Patricks test and Gaenslens test are negative bilaterally. Motor system: Bilateral upper and lower extremities reveals normal strength bilaterally. Sensory exam: Normal spine, bilateral UE & LE. Deep

Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Geetha Ajay   08/17/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   10/20/2017

Tendon Reflexes: Bilaterally symmetrical 1+ in UEs & LEs, Babinski negative.
Hip / Thigh:
    Hip joint: right. Inspection: no effusion, ecchymosis or deformitites. Palpation: tenderness on trochanteric bursa right. Range of motion: Right: Patricks test is negative and restricted rotation and abduction.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Sacroiliitis, not elsewhere classified - M46.1
4. Pain in right knee - M25.561
5. Opioid use, unspecified, uncomplicated - F11.90
6. Myalgia - M79.1
7. Bilateral primary osteoarthritis of hip - M16.0
8. Phantom limb syndrome with pain - G54.6
9. Pain in right ankle and joints of right foot - M25.571

## Treatment
**1. Other spondylosis with radiculopathy, lumbar region**
Stop OxyContin Tablet ER 12 Hour Abuse-Deterrent, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60
Stop Oxycodone HCl Tablet, 10 MG, 1 tablet, Orally, every 12 hours, 30 days, 60
Refill Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, q 12 hrs, prn pain, 14 days, 28, Refills 0
Refill TraMADol HCl ER Tablet Extended Release 24 Hour, 200 MG, 1 tablet, Orally, Once a day, 14 days, 14 Tablet, Refills 0
Notes: Natural history of the above condition was explained in detail with various treatment options in consideration Spine stabilization program including a progression from emphasis on pain reduction to stabilzation to gym program is prescribed. Soft tissue flexibility, joint mobility, abdominal program, posture, body mechanics, ergonomics if needed and modalities for pain is prescribed. Frequency 2 -3 x a week for 6 weeks duration Patient will be undergoing PT at outside facility.

**2. Opioid use, unspecified, uncomplicated**
    LAB: Urine Drug Screen
Notes: Natural history of the above condition was explained in detail with various treatment options in consideration The patient was explained the goals of short term narcotic management. The natural history of the present illness was therefore taken into consideration. The short term goal includes taper of narcotic dose by therapeutic interventions. Therapeutic interventions may include other adjunct non-narcotic pain medications, physical therapy, pain management interventions and or surgical corrective surgery as and if indicated. Patient was explained that their narcotic use can be considered habitual. Although patient has a pain disease/condition other modes of treatment should be used such as physical therapy, non narcotic medications, interventional pain treatments and pschological approach. Chronic narcotic use should only be the last resort especially for chronic pain syndrome management. The patient was explained the

**Patient: GEE, ANTOINE D DOB: 03/20/1992 Progress Note: Geetha Ajay 08/17/2017**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   10/20/2017

potiential of opoid dependence, tolerance, addiction and other potential risks of chronic habitual narcotic use. Patient was also explained that the potential of tolerance which can be the reason for increased use of narcotics not disease progression. Patient understands and still continues to insists that chronic narcotic treatment is helping function and quality of life. Urine drug screen ordered.

**Follow Up**
2 Weeks with Dr. Jaafar

**Electronically signed by Geetha Ajay , NP on 10/20/2017 at 08:56 AM EDT**

**Sign off status: Pending**

---

**BronxBlvd/North-Bronx-NYSSRM**
**4256 BRONX BLVD**
**BRONX, NY 10466-2672**
**Tel: 718-794-0600**
**Fax: 718-794-9899**

---

Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Geetha Ajay   08/17/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**NEW YORK SPINE & SPORT**
REHABILITATION MEDICINE P.C.
ADVANCED PAIN MANAGEMENT INTERVENTIONS

# GEE, ANTOINE D

25 Y old Male, DOB: 03/20/1992
Account Number: 75517
526 WEST 146ST , APT 4C, NEW YORK, NY-10031
Home: 646-590-2378
Guarantor: GEE, ANTOINE D  Insurance: MVP HEALTH
CARE Payer ID: SX089
PCP: JOHN MEGARR  Referring: PLACENCIA MITZY
Appointment Facility: NYSSRM6-NYSSRM-MidtownManhattan

08/04/2017                    PROGRESS NOTE: Sireen Gopal, MD

## Current Medications
Taking
- OxyContin 20 MG Tablet Extended Release 12 Hour
- Oxycodone HCl 10 MG Tablet
- Medication List reviewed and reconciled with the patient

## Past Medical History
HIGH BLOOD PRESSURE

## Surgical History
pelvic reconstruction
Knee Surgery
LEG SURGERY
Amputation of the left leg

## Family History
No Family History documented.

## Social History
Handedness: Right.
Marital status: Single.
Alcohol: yes, Moderate.
Smoking: yes, I previously smoked.

## Allergies
morphine
Anesthesia
Aspirin

## Review of Systems
Multisystem Review:
Constitutional Negative. Opiod management denies abuse of medication, denies medication side effects. Cardiology Negative. Respiratory Negative. Gastroenterology Negative. Genitourinary Negative. Neurology Negative. Psychiatric Negative. Endocrinology Negative. HEENT Negative. Hematology / Oncology denies bleeding disorder.
Other:
no Anemia. no Bleeding tendencies.

## Reason for Appointment
1. follow up

## History of Present Illness
Pain management:
The patient complains of increased pain in the mid back down the lower back radiating into the bilateral hip down the thigh. Patient has tightness in his right ankle. Patient complains of increased neuropathic pain and would like to try gabapentin again. Patient also having a tightness and discomfort in the pelvic area. The pain is described as sharp, stabbing , dull , aching , burning , cramping , pressure . The timing of the pain is constant. The pain is worse in the lower back. The severity of the pain is 10/10 with medications on a visual analog scale with 10 being the most unbearable pain ever felt. The pain began 01/17/17-after a motor vehicle accident causing sciatic nerve damage, patient stated that went down to surgery around 17 times. Treatments have included physical therapy, local injections without relief . The pain is improved by with activity . The pain is aggravated by prolonged sitting . The pain is associated with swelling at the base of the stump. patient's would like to  return to normal painfree daily activities. patients ability to function is limited in regards to do ADLS. Patient has not been able to do much because he has not had his medication. Compared to last visit the pain is 3 times as bad as it was before due to not having his meds and also the elevator in his building is not working so he has had to walk up the stairs.

## Examination
General examination:
General appearance: Alert and Oriented x 3. Mood: Normal. Gait: Normal. Coordination: Test for balance and neuro-functional strength testing reveal with normal responses. Cardiovascular Regular rate and rhythm. Pulse: Palpable Pulses. Edema: None. RI No lesions. Temperature: afebrile.
Lower back:
Inspection: no visible or palpable masses, significant muscle spasm. Palpation: No palpable deformity is present, tenderness with muscle spasms, at the lumbar midline area. Lumbar spine ROM limited ROM within all planes of activity. Cervical pain and stiffness reproduction was tested with mov however, none was present. Straight leg raising: negative bilaterally. Stability: Patricks test and Gaenslens

Patient: GEE, ANTOINE D  DOB: 03/20/1992  Progress Note: Sireen Gopal, MD  08/04/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...  10/20/2017

no Cancer. no Chemotherapy. no Urinary
Tract Infection. no Immunosuppressed.
no Pregnancy. no Recent steroid use.
no Transfusion history. no Sickle Cell.
Pain Management:
Bowel Problems No. Bladder
Problems No. Fever No. Headaches No.
Numbness No. Tingling No. Back pain No.
Neck Pain No. Joint Pain No. no Insomnia.
no Depression.
Pain Management:
Bowel and Bladder Problems No.
Constitutional Symptoms:
recent weight change yes. no fever.
no fatigue.
Dermatology:
Patient denies rash.
Ophthalmology:
no Blurring of vision. no Burning.
no Dander related eye symptoms.
no Diminished vision. no Drainage from
eyes. no Dry eyes. no Eye irritation. no Eye
pain. no Glaucoma. no Photophobia. no Red
eyes. no Seasonal eye sx. no Vision loss.
Cardiology:
no Heart trouble. no Chest Pain/Angina.
no shortness of breath. no Swelling of
feet/Ankles/Hand.
Respiratory:
Chronic or Frequent Cough No.
Shortness of Breath No. no Asthma.
Gastroenterology:
no Loss of Appetite. no change in bowel
habits. no Nausea/Vomiting.
Constipation yes. no Abdominal pain.
no Heartburn. no Peptic Ulcer.
Respiratory 2:
Asthma No. Bronchitis No. COPD Yes.
Dyspnea No. Orthopnia Yes.
Pneumonia Yes. Recent URI yes. no Chest
congestion. no Chest pain. no Cough.
no Excessive sputum. no Shortness of
breath. no Wheezing.
Urology:
no frequent urination. no Burning or
painful urination. no Blood in urine.
no difficulty starting/stopping. no Urinary
incontinence. no Sexual difficulty.
Musculoskeletal:
Joint pain yes. Joint stiffness yes. Joint
swelling yes. weakness of muscles or
joints yes. Muscle Pain yes. Back pain yes.
Neck Pain yes. Difficulty in walking yes.
Neurology:
no Headache. no Light headed or dizzy.
no Convulsions or Seizures.
Tingling/numbness yes. no Tremor.
no Paralysis. no Head injury.
Female reproductive:
no Abnormal vaginal discharge.
no Breast pain. no Contraception.
no Dysmenorrhea. no Dyspareunia.
no Frequent yeast infections. no Heavy
periods. no Hot flashes. no Infertility.
no Menstrual period. no Nipple discharge.
no Pelvic pain. no Post-menopausal.

test are negative bilaterally. Motor system: Bilateral upper and lower
extremities reveals normal strength bilaterally. Sensory exam: Normal
spine, bilateral UE & LE. Deep Tendon Reflexes: Bilaterally
symmetrical 1+ in UEs & LEs, Babinski negative.
Hip / Thigh:
Hip joint: right. Inspection: no effusion, ecchymosis or
deformities. Palpation: tenderness on trochanteric bursa right. Range
of motion: Right: Patricks test is negative and restricted rotation and
abduction.

## Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26
(Primary)
2. Low back pain - M54.5
3. Sacroiliitis, not elsewhere classified - M46.1
4. Pain in right knee - M25.561
5. Opioid use, unspecified, uncomplicated - F11.90
6. Myalgia - M79.1
7. Bilateral primary osteoarthritis of hip - M16.0
8. Phantom limb syndrome with pain - G54.6

## Treatment

**1. Other spondylosis with radiculopathy, lumbar region**
Refill OxyContin Tablet ER 12 Hour Abuse-Deterrent, 15 MG, 1 tablet,
Orally, every 12 hrs, 30 days, 60 Tablet
Refill Oxycodone HCl Tablet, 10 MG, 1 tablet, Orally, every 12 hours, 30
days, 30
PROCEDURE: ULTRASOUND
PROCEDURE: THEURAPEUTIC PROCEDURE
PROCEDURE: THERAPEUTIC EXERCISE 1/1
PROCEDURE: ELECTRICAL STIMULATION
PROCEDURE: MYOFASCIAL RELEASE
PROCEDURE: HOT COLD PACKS
PROCEDURE: GAIT TRAINING
Notes: Natural history of the above condition was explained in detail
with various treatment options in consideration. Spine stabilization
program including a progression from emphasis on pain reduction to
stabilzation to gym program is prescribed. Soft tissue flexibility, joint
mobility, abdominal program, posture, body mechanics, ergonomics if
needed and modalities for pain is prescribed. Frequency 2 -3 x a week
for 6 weeks duration.

**2. Sacroiliitis, not elsewhere classified**
PROCEDURE: 77003 FLOUROSCOPY
PROCEDURE: 27096 SACROILIAC JOINT ARTHROGRAPH
Notes: Patient Educated with: Anesthesia Instructions-Pain
Intervention04252017144434.pdf (Anesthesia Instructions-Pain
Intervention04252017144434.pdf) Patient Educated with: SACRO-
ILIAC JOINT INJECTION04272017092345.pdf (SACRO-ILIAC JOINT
INJECTION04272017092345.pdf), Natural history of the above
condition was explained in detail with various treatment options in
consideration, Sacroiliac injection injection under fluoroscopic
guidance is recommended in the near future. These injection are
performed with xray guidance to direct potent medications to the

---

Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Sireen Gopal, MD   08/04/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   10/20/2017

Tendon Reflexes: Bilaterally symmetrical 1+ in UEs & LEs, Babinski negative.

Hip / Thigh:
    Hip joint: right. Inspection: no effusion, ecchymosis or deformities. Palpation: tenderness on trochanteric bursa right. Range of motion: Right: Patricks test is negative and restricted rotation and abduction.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Sacroiliitis, not elsewhere classified - M46.1
4. Pain in right knee - M25.561
5. Opioid use, unspecified, uncomplicated - F11.90
6. Myalgia - M79.1
7. Bilateral primary osteoarthritis of hip - M16.0
8. Phantom limb syndrome with pain - G54.6
9. Pain in right ankle and joints of right foot - M25.571

## Treatment
### 1. Other spondylosis with radiculopathy, lumbar region
Stop OxyContin Tablet ER 12 Hour Abuse-Deterrent, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60
Stop Oxycodone HCl Tablet, 10 MG, 1 tablet, Orally, every 12 hours, 30 days, 60
Refill Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, q 12 hrs, prn pain, 14 days, 28, Refills 0
Refill TraMADol HCl ER Tablet Extended Release 24 Hour, 200 MG, 1 tablet, Orally, Once a day, 14 days, 14 Tablet, Refills 0
Notes: Natural history of the above condition was explained in detail with various treatment options in consideration Spine stabilization program including a progression from emphasis on pain reduction to stabilzation to gym program is prescribed. Soft tissue flexibility, joint mobility, abdominal program, posture, body mechanics, ergonomics if needed and modalities for pain is prescribed. Frequency 2 -3 x a week for 6 weeks duration Patient will be undergoing PT at outside facility.

### 2. Opioid use, unspecified, uncomplicated
LAB: Urine Drug Screen
Notes: Natural history of the above condition was explained in detail with various treatment options in consideration The patient was explained the goals of short term narcotic management. The natural history of the present illness was therefore taken into consideration. The short term goal includes taper of narcotic dose by therapeutic interventions. Therapeutic interventions may include other adjunct non-narcotic pain medications, physical therapy, pain management interventions and or surgical corrective surgery as and if indicated. Patient was explained that their narcotic use can be considered habitual. Although patient has a pain disease/condition other modes of treatment should be used such as physical therapy, non narcotic medications, interventional pain treatments and pschological approach. Chronic narcotic use should only be the last resort especially for chronic pain syndrome management. The patient was explained the

Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Geetha Ajay   08/17/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://s-ecw-old.nyss.int:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   11/17/2017

poitential of opoid dependence, tolerance, addiction and other potential risks of chronic habitual narcotic use. Patient was also explained that the potential of tolerance which can be the reason for increased use of narcotics not disease progression. Patient understands and still continues to insists that chronic narcotic treatment is helping function and quality of life. Urine drug screen ordered.

**Follow Up**
2 Weeks with Dr. Jaafar

**Electronically signed by Geetha Ajay , NP on 11/17/2017 at 03:12 PM EST**
**Sign off status: Pending**

---

**BronxBlvd/North-Bronx-NYSSRM**
**4256 BRONX BLVD**
**BRONX, NY 10466-2672**
**Tel: 718-794-0600**
**Fax: 718-794-9899**

---

Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Geetha Ajay   08/17/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

no Pregnancies. no Sexually active.
**Psychology:**
   no Memory loss or confusion.
no Nervousness. no Insomnia.
no Depression. no Suicidal ideation,
**Endocrinology:**
   no Glandular or Hormone problem. no
Thyroid Disease. no Thyroid disease.
no Excessive thirst. no Excessive urination.
no Cold intolerance. no Heat intolerence.
**Hematology:**
   Patient denies abnormal bleeding.
**Male reproductive:**
   no Contraception. no Difficulty
urinating. no Difficulty with erection.
no Diminished sexual drive. no Impotence.
no Penile discharge.
**Allergy:**
   no drug allergies.
**HEENT:**
   no blurred vision. no Dry mouth.
no Headache.
**Opioid Management:**
   Patient denies mediation abuse,
medication side effects, alcohol use.

precise joint as the source of the pain. The steroid reduces inflammation in the joint to relief pain. Possible benefits, side effects, complications and alternatives were discussed in detail. No contraindications are present. The goal of interventional pain management is to control pain to facilitate rehabilitation and improve function. This may aid in breaking the pain cycle of drug dependence and disuse. Patient was explained that these injections are done under fluoroscopic guidance to improve safety and efficacy. Furthermore these targeted source of pain treatment limit dosage and side effects of steroids used. Risks for the spinal interventional procedure recommended include but not limited to infection, bleeding, nerve injury, loss of limb function, loss of sensation and paralysis. It was explained to patient that all forms of spine interventions although rare involve some risks and no guarantee or promises can be made concerning the results of my procedure or treatment.

**Follow Up**
4 Weeks

**Electronically signed by SIREEN GOPAL , MD on 10/20/2017 at 08:56 AM EDT**

**Sign off status: Pending**

NYSSRM6-NYSSRM-MidtownManhattan
800 2ND AVE
NEW YORK, NY 10017-4709
Tel: 212-991-9991
Fax: 212-991-9901

Patient: GEE, ANTOINE D   DOB: 03/20/1992   Progress Note: Sireen Gopal, MD   08/04/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**PROGRESS NOTE**

**Patient:** GEE, ANTOINE D
**Account Number:** 75517
**DOB:** 03/20/1992 **Age:** 25 Y **Sex:** Male
**Phone:** 914-987-8541
**Address:** 526 WEST 146ST , APT 4C, NEW YORK, NY-10031
**Pcp:** JOHN MEGARR

**Provider:** Sireen Gopal, MD
**Date:** 06/08/2017

---

**Subjective:**

**Chief Complaints:**
- MID BACK PAIN

**HPI:**
Pain management:
    The patient complains of pain in the mid back down the lower back radiating into the bilateral hip down the tight associated with tingling . The pain is described as sharp, stabbing , dull , aching , burning , cramping , pressure . The timing of the pain is constant. The pain is worse in the lower back. The severity of the pain is 10/10 with medications on a visual analog scale with 10 being the most unbearable pain ever felt. The pain began 01/17/17-after a motor vehicle accident causing sciatic nerve damage, patient stated that went down to surgery around 17 times. Treatments have included physical therapy, local injections without relief . The pain is improved by with activity . The pain is aggravated by prolonged sitting . patient's would like to return to normal painfree daily activities. patients ability to function is limited in regards to do ADLS.

**ROS:**
Multisystem Review:
- Constitutional Negative.
- Opoid management denies abuse of medication, denies medication side effects.
- Cardiology Negative.
- Respiratory Negative.
- Gastroenterology Negative.
- Genitourinary Negative.
- Neurology Negative.
- Psychiatric Negative.
- Endocrinology Negative.
- HEENT Negative.
- Hematology / Oncology denies bleeding disorder.

Other:
- no Anemia.
- no Bleeding tendencies.
- no Cancer.
- no Chemotherapy.
- no Urinary Tract Infection.
- no Immunosuppressed.
- no Pregnancy.
- no Recent steroid use.
- no Transfusion history.
- no Sickle Cell.

Pain Management:
- Bowel Problems No.
- Bladder Problems No.

- Fever No.
- Headaches No.
- Numbness No.
- Tingling No.
- Back pain No.
- Neck Pain No.
- Joint Pain No.
- no Insomina.
- no Depression.

Pain Management:
- Bowel and Bladder Problems No.

Constitutional Symptoms:
- recent weight change yes.
- no fever.
- no fatigue.

Cardiology:
- no Heart trouble.
- no Chest Pain/Angina.
- no shortness of breath.
- no Swelling of feet/Ankles/Hand.

Dermatology:
- Patient denies rash.

Ophthalmology:
- no Blurring of vision.
- no Burning.
- no Dander related eye symptoms.
- no Diminished vision.
- no Drainage from eyes.
- no Dry eyes.
- no Eye irritation.
- no Eye pain.
- no Glaucoma.
- no Photophobia.
- no Red eyes.
- no Seasonal eye sx.
- no Vision loss.

Respiratory:
- Chronic or Frequent Cough No.
- Shortness of Breath No.
- no Asthma.

Gastroenterology:
- no Loss of Appetite.
- no change in bowel habits.
- no Nausea/Vomiting.
- Constipation yes.
- no Abdominal pain.
- no Heartburn.
- no Poptic Ulcer.

Urology:
- no frequent urination.
- no Burning or painful urination.

- no Blood in urine.
- no difficulty starting/stopping.
- no Urinary incontinence.
- no Sexual difficulty.

Respiratory 2:
- Asthma No.
- Bronchitis No.
- COPD Yes.
- Dyspnea No.
- Orthopnia Yes.
- Pneumonia Yes.
- Recent URI yes.
- no Chest congestion.
- no Chest pain.
- no Cough.
- no Excessive sputum.
- no Shortness of breath.
- no Wheezing.

Musculoskeletal:
- Joint pain yes.
- Joint stiffness yes.
- Joint swelling yes.
- weakness of muscles or joints yes.
- Muscle Pain yes.
- Back pain yes.
- Neck Pain yes.
- Difficulty in walking yes.

Neurology:
- no Headache.
- no Light headed or dizzy.
- no Convulsions or Seizures.
- Tingling/numbness yes.
- no Tremor.
- no Paralysis.
- no Head injury.

Female reproductive:
- no Abnormal vaginal discharge.
- no Breast pain.
- no Contraception.
- no Dysmenorrhea.
- no Dyspareunia.
- no Frequent yeast infections.
- no Heavy periods.
- no Hot flashes.
- no Infertility.
- no Menstrual period.
- no Nipple discharge.
- no Pelvic pain.
- no Post-menopausal.
- no Pregnancies.
- no Sexually active.

Psychology:
- no Memory loss or confusion.
- no Nervousness.
- no Insomnia.
- no Depression.
- no Suicidal ideation.

Hematology:
- Patient denies abnormal bleeding.

Male reproductive:
- no Contraception.
- no Difficulty urinating.
- no Difficulty with erection.
- no Diminished sexual drive.
- no Impotence.
- no Penile discharge.

Endocrinology:
- no Glandular or Hormone problem.
- no Thyroid Disease.
- no Thyroid disease. .
- no Excessive thirst.
- no Excessive urination.
- no Cold intolerance.
- no Heat intolerence.

Allergy:
- no drug allergies.

HEENT:
- no blurred vision.
- no Dry mouth.
- no Headache.

Opioid Management:
- Patient denies mediation abuse, medication side effects, alcohol use.

**Medical History:**
- HIGH BLOOD PRESSURE

**Surgical History:**
- pelvic reconstruction
- Knee Surgery
- LEG SURGERY
- Amputation of the left leg

**Family History:**
Non-Contributory

**Social History:**
Handedness: Right.
Marital status: Single.
Alcohol: yes, Moderate.
Smoking: yes, I previously smoked.

**Medications:**
    **Taking**
- OxyContin 20 MG Tablet Extended Release 12 Hour

- Oxycodone HCl 10 MG Tablet
- Medication List reviewed and reconciled with the patient

**Allergies:**
- morphine
- Anesthesia
- Aspirin

**Objective:**

Vitals: BMI 22.24, Wt 164, Ht 6'0".

**Examination:**

General examination:
- General appearance: Alert and Oriented x 3.
- Mood: Normal.
- Gait: Normal.
- Coordination: Test for balance and neuro-functional strength testing reveal with normal responses.
- Cardiovascular Regular rate and rhythm.
- Pulse: Palpable Pulses.
- Edema: None.
- RI No lesions.
- Temperature: afebrile.

Lower back:
- Inspection: no visible or palpable masses, significant muscle spasm.
- Palpation: No palpable deformity is present, tenderness with muscle spasms, at the lumbar midline area.
- Lumbar spine ROM limited ROM within all planes of activity.
- Cervical pain and stiffness reproduction was tested with mov however, none was present.
- Straight leg raising: negative bilaterally.
- Stability: Patricks test and Gaenslens test are negative bilaterally.
- Motor system: Bilateral upper and lower extremities reveals normal strength bilaterally.
- Sensory exam: Normal spine, bilateral UE & LE.
- Deep Tendon Reflexes: Bilaterally symmetrical 1+ in UEs & LEs, Babinski negative.

Hip / Thigh:
- Hip joint: right.
- Inspection: no effusion, ecchymosis or deformitites.
- Palpation: tenderness on trochanteric bursa right.
- Range of motion: Right: Patricks test is negative and restricted rotation and abduction.

**Therapeutic Interventions:**

**Assessment:**

**Assessment:**
- Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
- Low back pain - M54.5
- Sacroiliitis, not elsewhere classified - M46.1
- Pain in right knee - M25.561
- Opioid use, unspecified, uncomplicated - F11.90
- Myalgia - M79.1
- Bilateral primary osteoarthritis of hip - M16.0

**Plan:**

**1. Other spondylosis with radiculopathy, lumbar region**
  Refill OxyContin Tablet Extended Release 12 Hour, 20 MG, 1 tab(s), Orally, every 12 hrs, 30 day
(s), 60 Tablet ;
  Stop Oxycodone HCl Tablet, 10 MG, Orally ;
  Start Oxycodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, q 12 hrs, prn pain,
30 day(s), 60 ;
  Start Lyrica Capsule, 75 MG, 1 capsule, Orally, tid, 30 day(s), 90 Capsule, Refills 1 .
  - **Procedure:**77003 FLOUROSCOPY
  - **Procedure:**27096 SACROILIAC JOINT ARTHROGRAPH
  - **Procedure:**ULTRASOUND
  - **Procedure:**THEURAPEUTIC PROCEDURE
  - **Procedure:**THERAPEUTIC EXERCISE 1/1
  - **Procedure:**ELECTRICAL STIMULATION
  - **Procedure:**MYOFASCIAL RELEASE
  - **Procedure:**HOT COLD PACKS
  - **Procedure:**GAIT TRAINING

  Notes: Natural history of the above condition was explained in detail with various treatment options
in consideration, Spine stabilization program including a progression from emphasis on pain reduction
to stabilzation to gym program is prescribed. Soft tissue flexibility, joint mobility, abdominal program,
posture, body mechanics, ergonomics if needed and modalities for pain is prescribed. Frequency 2 -3 x
a week for 6 weeks duration, Sacroiliac injection injection under fluoroscopic guidance is
recommended in the near future. These injection are performed with xray guidance to direct potent
medications to the precise joint as the source of the pain. The steroid reduces inflammation in the joint
to relief pain. Possible benefits, side effects, complications and alternatives were discussed in detail.
No contraindications are present. The goal of interventional pain management is to control pain to
facilitate rehabilitation and improve function. This may aid in breaking the pain cycle of drug
dependence and disuse. Patient was explained that these injections are done under fluoroscopic
guidance to improve safety and efficacy. Furthermore these targeted source of pain treatment limit
dosage and side effects of steroids used. Risks for the spinal interventional procedure recommended
include but not limited to infection, bleeding, nerve injury, loss of limb function, loss of sensation and
paralysis. It was explained to patient that all forms of spine interventions although rare involve some
risks and no guarantee or promises can be made concerning the results of my procedure or treatment.

**2. Low back pain**
  - **Procedure:**ULTRASOUND
  - **Procedure:**THEURAPEUTIC PROCEDURE
  - **Procedure:**THERAPEUTIC EXERCISE 1/1
  - **Procedure:**ELECTRICAL STIMULATION
  - **Procedure:**MYOFASCIAL RELEASE
  - **Procedure:**HOT COLD PACKS
  - **Procedure:**GAIT TRAINING

  Notes: Natural history of the above condition was explained in detail with various treatment options
in consideration, Spine stabilization program including a progression from emphasis on pain reduction
to stabilzation to gym program is prescribed. Soft tissue flexibility, joint mobility, abdominal program,
posture, body mechanics, ergonomics if needed and modalities for pain is prescribed. Frequency 2 -3 x
a week for 6 weeks duration.

**3. Pain in right knee**
  Notes: Natural history of the above condition was explained in detail with various treatment options
in consideration.

**4. Opioid use, unspecified, uncomplicated**

  - **Lab:**Urine Drug Screen
  - **Lab:**opiate contract



## CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INMATE REASONABLE
### ACCOMMODATION REQUEST (IRAR)



Form: 3802A
Eff.: 11/30/18
Ref.: Dir. #3802R-A



I request reasonable accommodation due to my impairment. I understand that this is only a request, which will begin the inquiry into whether or not I am entitled to receive a reasonable accommodation. I also understand that my housing will not be immediately affected while my request is under consideration. I will be within my rights to file a grievance through the Inmate Grievance Program should I not agree with the determination made regarding this request for reasonable accommodation.

Note: Appropriate Department of Correction staff may assist an inmate in completing this form.

| Inmate's Last Name: Gee | Inmate's First Name: Antoine | Date: 3/26/19 |
|---|---|---|
| NYSID #: 0104169IM | Book & Case #: 3491901703 | Facility/Housing: MDC 4S |

I am/have __trouble walking__
*(State Impairment)*

I am unable to __walk__
*(Describe Limitation or Disability)*

Accommodation Requested:
__Supportive foot wear, charger and device that enables prosthetic leg to bend, transfer to NIC__

A request for an accommodation may be denied if the Department of Correction (DOC) cannot adequately evaluate the request without being provided limited medical information relevant to the accommodation you may be seeking. Your medical information is private and cannot be revealed to DOC without your permission. Do you wish to provide a waiver that allows DOC to obtain medical information from Prison Health Services or any other medical personnel, private physician or clinic, for the limited purpose of evaluating your accommodation request? You may revoke you waiver at any time by providing DOC written notice of the revocation.

☐ I do wish to give DOC access to my medical information for the limited purpose of having DOC evaluate my request for an accommodation.

Inmate's Signature: x __Gee, Antoine__ Date: __5-1-19__

☐ I do not wish to allow DOC access to my medical records to evaluate my accommodation request. I understand that if DOC determines that my request cannot be properly evaluated without access to my medical information, my request for an accommodation may be denied for this reason.

Inmate's Signature: _____ Date: _____

### Staff Accepting/Assisting with Completion of this Application

| Staff Name (Print) | Rank/Title | Shield/ID # | Staff Signature |
|---|---|---|---|

### Counseling Services Unit must forward this form to both the D.R.I.C. and facility Deputy Warden for Programs for a determination.

Copies to: Inmate; Inmate's file; Counseling Services Unit; Deputy Warden for Programs; Disability Rights Coordinator for Inmates



THIS FORM MAY NOT BE USED FOR RESEARCH OR MARKETING, FUNDRAISING OR PUBLIC RELATIONS AUTHORIZATIONS

| PATIENT NAME/ADDRESS | DATE OF BIRTH | PATIENT SSN |
|---|---|---|
| Gee, Antoine | 3/20/92 | |
| | MEDICAL RECORD NUMBER | TELEPHONE NUMBER |

| NAME OF HEALTH PROVIDER TO RELEASE INFORMATION | SPECIFIC INFORMATION TO BE RELEASED: |
|---|---|
| NYC H+H | Information Requested  Medical |
| | Treatment Dates from _____ to _____ |

**NAME & ADDRESS OF PERSON OR ENTITY TO WHOM INFO. WILL BE SENT**

NYC DOC

**INFORMATION TO BE RELEASED** (If the box is checked, you are authorizing the release of that type of information). Please note: unless all of the boxes are checked, we may be unable to process your request.

- ☐ Alcohol and/or Substance Abuse Program Information
- ☐ Mental Health Information
- ☐ Genetic Testing Information
- ☐ HIV/AIDS-related Information

**REASON FOR RELEASE OF INFORMATION**
- ☐ Legal Matter
- ☑ Individual's Request
- ☐ Other (please specify): _____

**WHEN WILL THIS AUTHORIZATION EXPIRE?** (Please check one)
- ☐ Event: _____
- ☑ On this date: _____

I, or my authorized representative, authorize the use or disclosure of my medical and/or billing information as I have described on this form.

I understand that my medical and/or billing information could be re-disclosed and no longer protected by federal health information privacy regulations if the recipient(s) described on this form are not required by law to protect the privacy of the information.

I understand that if my medical and/or billing records contain information relating to ALCOHOL or SUBSTANCE ABUSE, GENETIC TESTING, MENTAL HEALTH, and/or CONFIDENTIAL HIV/AIDS RELATED INFORMATION, this information will not be released to the person(s) I have indicated unless I check the box(es) for this information on this form.

I understand that if I am authorizing the use or disclosure of HIV/AIDS-related information, the recipient(s) is prohibited from using or re-disclosing any HIV/AIDS-related information without my authorization, unless permitted to do so under federal or state law. I also understand that I have a right to request a list of people who may receive or use my HIV/AIDS-related information without authorization. If I experience discrimination because of the use or disclosure of HIV/AIDS-related information, I may contact the New York State Division of Human Rights at 212.480.2493 or the New York City Commission of Human Rights at 212.306.7450. These agencies are responsible for protecting my rights.

I understand that I have a right to refuse to sign this authorization and that my health care, the payment for my health care, and my health care benefits will not be affected if I do not sign this form. I also understand that if I refuse to sign this authorization, NYCHHC cannot honor my request to disclose my medical and/or billing information.

I understand that I have a right to request to inspect and/or receive a copy of the information described on this authorization form by completing a Request for Access Form. I also understand that I have a right to receive a copy of this form after I have signed it.

I understand that if I have signed this authorization form to use or disclose my medical and/or billing information, I have the right to revoke it at any time, except to the extent that NYCHHC has already taken action based on my authorization or that the authorization was obtained as a condition for obtaining insurance coverage.

To revoke this authorization, please contact the facility Health Information Management department processing this request.

*I have read this form and all of my questions have been answered. By signing below, I acknowledge that I have read and accept all of the above.*

| SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE | IF NOT PATIENT, PRINT NAME & CONTACT INFORMATION OF PERSONAL REPRESENTATIVE SIGNING FORM |
|---|---|
| X | |
| DATE | DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY TO ACT ON BEHALF OF PATIENT |

**If HHC has requested this authorization, the patient or his/her Personal Representative must be provided a copy of this form after it has been signed.**

| HHC USE ONLY | |
|---|---|
| Date Received: | Initials of HIM employee processing request: |
| Date Completed: | Comments: |



# CORRECTION DEPARTMENT
# CITY OF NEW YORK
## ACKNOWLEDGEMENT OF REQUEST FOR
## REASONABLE ACCOMMODATION

Form: 3802B
Eff.: 11/30/18
Ref.: Dir. # 3802R-A




| Inmate's Last Name: | Inmates First Name: | Date: |
|---|---|---|
| Gee | Antoine | 8/26/19 |

| NYSID # | Book & Case # | Facility: | Housing Area: |
|---|---|---|---|
| 0104169im | 349190703 | MDC | 4S |

Note: Appropriate Department of Correction staff may assist an inmate in completing this form.

Below section to be completed by the Disability Rights Coordinator for Inmates (DRCI) form.

Below section to be completed by the Disability Rights Coordinator for Inmates (DRCI) or Deputy Warden for Programs

Acknowledgement:

Please be advised that the Disability Rights Coordinator for inmates has received

your "Request for an Accommodation".

The request is being reviewed and you will be informed of a determination

as soon as possible.

_____     3/26/19
Signature of DRCI or Deputy Warden of Programs          Date

Copies to: Inmate; Inmate's file; Counseling Services Unit; Deputy Warden for Programs; Disability Rights Coordinator for Inmates



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## DETERMINATION OF REQUEST
## FOR REASONABLE ACCOMMODATION

Form: 3802C
Eff. : 11/30/18
Ref. : Dir. #3802R-A



| Inmate's Last Name: Gee | Inmate's First Name: Antoine | Date: 3-26-19 |
|---|---|---|

| NYSID #: | Book & Case #: 3491901203 | Facility: MDC | Housing Area: 4 South |
|---|---|---|---|

If Form A is not complete, the inmate must complete the information below:

Information to be added to Form A:

_____
_____
_____
_____

Inmate's Signature: _____ Date: _____

Disability Rights Coordinator for Inmates Determination (DRCI)

☐ Approved        ☐ Denied        ☐ Modified

Initials _____        Date _____

Specific accommodation provided:

_____
_____
_____

Explanation of modification or denial (if applicable):

_____
_____
_____
_____
_____
_____

Explanation of delay, if any:

_____
_____
_____
_____
_____
_____

DRCI's Signature: _____ Date: _____

Inmate's Signature: _____ Date: _____

Served to inmate by:

| Staff Name (Print) | Rank/Title | Shield/ID # | Staff Signature | Date |
|---|---|---|---|---|

Copies to: Inmate; Inmate's file; Counseling Services Unit; Deputy Warden for Programs; Disability Rights Coordinator for Inmates



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A



| Grievance Reference #: N-132/19 #203190 | Date Filed: 4/1/19 | Facility: NIC- Annex D3 |
|---|---|---|
| Inmate Name: Gee, Antoine | Book and Case#: 3491901703 | Category: 14 |

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant states: Around 4:15 am

I went to the bubble where Officer Boome was located I observed her in which looked like she may have been asleep. I gently knocked on the window to ask for immediate medical attention where I was told I have to wait for medical personal to asses my chart and then I'll be seen I am in grave pain and suffering prior to speaking with Officer Boon at 3:56 am I told Officer Wood to which he also informed Boon and documented my complaint.

Action Requested by Inmate:    Immediate medical accomotion for my pain and suffering/ have my resonable accomodation form 3802A sined by Deputy/Captain/Warden.

## STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance    ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 4/1/19 Grievant was informed that his complaint was forwarded to the Facility and ADA for further review.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: 4/2/19 |
|---|---|

|  | # CITY OF NEW YORK - DEPARTMENT OF CORRECTION |  |
|---|---|---|

### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

**DISPOSITION FORM**

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #: <br> N-139/19 #204958 | Date Filed: <br> 4/8/19 | Facility: <br> NIC- Annex D3 |
|---|---|---|

| Inmate Name: <br> Gee, Antoine | Book and Case#: <br> 3491901703 | Category: <br> 2 |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant states: Property Officer

Mcalli lied and said my sneakers in my property have an air bubble to wich they don't and as a result of him lieing I cannot ambulate nor can I wolk properly. It is malicious and discrimination against my disability. Other inmates incarcerated without a physical impairment have nike, jordan puma, timberland, footwear yet I have an actual physical impairment and I'm being denied my footwear from an Officer false accusations.

Action Requested by Inmate: Would like my footwear from my property so I can properly ambulate.

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 4/9/19 grievant was provided with his footwear from his property after all the proper paperwork was filled out and signed by the facility.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution ☐ No ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: 4/9/19 |
|---|---|

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM



Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Gee Antdle | Book & Case #: 3191901792 | NYSID #: |
|---|---|---|

| Facility: North Comand | Housing Area: D3 | Date of Incident: 4-22-19 | Date Submitted: ~4-21-19 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I was in the Bathroom in dorm 3 there was Water on the floor I was walking and did Not See the Water as I was walking out I Cost my Balance and fell and as a Result I hurt my Back

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☒

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☒

Have you filed this grievance with a court or other agency?  Yes ☐  No ☒

Did you require the assistance of an interpreter?  Yes ☐  No ☒

| Inmate's Signature: Gee Antdam | Date of Signature: |
|---|---|

**FOR DOC OFFICE USE ONLY**

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP 2019 APR 24 PM 1:38 | Grievance Reference # NB 19 #2091675 | Category: Other |
|---|---|---|

Office of Constituent and Grievances Services Coordinator/Officer Signature:



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

**Form: 3802A**
**Eff.: 12/15/05**
**Ref.: Dir. #3802**

## INMATE REASONABLE
## ACCOMMODATION REQUEST (IRAR)

I request reasonable accommodation due to my impairment. I understand that this is only a request, which will begin the inquiry into whether or not I am entitled to receive a reasonable accommodation. I also understand that my housing will not be immediately affected while my request is under consideration. I will be within my rights to file a grievance through the Inmate Grievance Program should I not agree with the determination made regarding this request for reasonable accommodation.

Note: Appropriate Department of Correction staff may assist an inmate in completing this form.

| Inmate's Last Name: | Inmate's First Name: | Date: |
|---|---|---|
| Gee | Antoine | 4-10-14 |

| NYSID #: | Book & Case #: | Facility/Housing: |
|---|---|---|
| | 3491001703 | D-3 OIC |

I am/have Chronic Pain on in my Hip, Osteo Peney/Arthritis
*(Staff/Impairment)*

I am unable to Sleep/Walk or times I am a Amputee
*(Describe Limitation or Disability)*

Accommodation Requested:
Double mattress/Scooter Pain medication

A request for an accommodation may be denied if the Department of Correction (DOC) cannot adequately evaluate the request without being provided limited medical information relevant to the accommodation you may be seeking. Your medical information is private and cannot be revealed to DOC without your permission. Do you wish to provide a waiver that allows DOC to obtain medical information from Prison Health Services or any other medical personnel, private physician or clinic, for the limited purpose of evaluating your accommodation request? You may revoke you waiver at any time by providing DOC written notice of the revocation.

☑ I **do** wish to give DOC access to my medical information for the limited purpose of having DOC evaluate my request for an accommodation.

Inmate's Signature: Gee, Antoine    Date: 4-9-14

☐ I **do not** wish to allow DOC access to my medical records to evaluate my accommodation request. I understand that if DOC determines that my request cannot be properly evaluated without access to my medical information, my request for an accommodation may be denied for this reason.

Inmate's Signature: Gee, Antoine    Date: 4-9-14

## Staff Accepting/Assisting with Completion of this Application

| Staff Name (Print) | Rank/Title | Shield/ID # | Staff Signature |
|---|---|---|---|

**Counseling Services Unit must forward this form to both the D.R.I.C. and facility Deputy Warden for Programs for a determination.**

Copies to: Inmate; Inmate's file; Counseling Services Unit; Deputy Warden for Programs; Disability Rights Coordinator for Inmates





# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM



Form.: 7101R-A
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Gee, Antoine | Book & Case #: 34919OT703 | NYSID #: 01 |
|---|---|---|

| Facility: | Housing Area: D3 | Date of Incident: 4-16-19 | Date Submitted: 4-16-19 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** My leg has a severe abration from skin Break down and I have noted and notified medical staff prior to this about possible anti Respiricnt of treatment plan to treat and accomodate me with adequate medical care I've spoken with Dr Laruso multiple times prior to the skin Breaking down causing my leg Pain and suffering with my leg Like this I cannot Properly ambulate/walk

**Action Requested by Inmate:** to Be compensated for my Pain and suffering and to Be prescribed tylenol #3./outside medication

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?    Yes ☐   No ☑

Have you filed this grievance with a court or other agency?    Yes ☐   No ☑

Did you require the assistance of an interpreter?    Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: |
|---|---|

## FOR DOC OFFICE USE ONLY

### OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Gee, antoine | Book & Case #: 34919001703 | NYSID #: 610416am |
|---|---|---|

| Facility: north command Anx | Housing Area: D3 | Date of Incident: 4-19-2019 | Date Submitted: 4-19-2019 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I complained about Being in pain and showed poh caruso my Legal Document cuich has asked medical staff to property treat my pain he explained to me that the Head doctor cant give me anything at all for my pain he also said that medical cant pay for me to go to Belve hospital where I would Become adequatly treated he also said that even if I were given medication By Belve hospital he nor the Head Docter cloud give me medicine.

**Action Requested by Inmate:** to have a second opinion for pain mangement and to Be sent to Belve hospital for pain mangement.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?    Yes ☐   No ☑

Have you filed this grievance with a court or other agency?    Yes ☑   No ☐

Did you require the assistance of an interpreter?    Yes ☐   No ☑

| Inmate's Signature: Gee, Antoine | Date of Signature: 04-19-2019 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Antoine Gee

**Book & Case #:** 349191703

**NYSID #:**

**Facility:** North Command Anex M.O.

**Housing Area:** Dorm 3

**Date of Incident:**

**Date Submitted:**

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**

At 3:20 I made a formal medical complaint about Being in Pain housing officer Woods informed medical at 4:42 the Doctor came to speake with me In Regards to my complaint about Being in Pain. he (Doctor Raddeus) Said he will not Prescribed me any medication Being that this is not his Regular medical station I am Being Denied medical care/ Pain medication to Relieve me of my hip and Back Pain

**Action Requested by Inmate:**

Would like to talk with doctor about calling my Pain Specialist

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?    Yes ☐   No ☑

Have you filed this grievance with a court or other agency?    Yes ☑   No ☐

Did you require the assistance of an interpreter?    Yes ☐   No ☐

**Inmate's Signature:**

**Date of Signature:**

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**

**Grievance Reference #**

**Category:**

**Office of Constituent and Grievances Services Coordinator/Officer Signature:**



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM



Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Gee, Antoine | Book & Case #: 3491901703 | NYSID #: |
|---|---|---|

| Facility: North command Anex | Housing Area: 3 | Date of Incident: 5-1-19 | Date Submitted: 5-2-19 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Security staff took my supportive footwear against the doctors orders which allowed me to wear my supportive footwear as a result i slipped and fell due to not having my footwear my disability is being Discriminated against

**Action Requested by Inmate:** Investigion conducted by ADA Pertaing to Disablity Discrimination, Please Preserve video footage for Litigation

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☑ | No ☐ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 5-2-19 |
|---|---|

## FOR DOC OFFICE USE ONLY

### OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

#### THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

BAC Number : 3491901703         GEE,ANTOINE

| Date | Description | Notes | Reference | Amount | Balance |
|------|-------------|-------|-----------|--------|---------|
| 04/17/19 | POSTAGE/CERT. MAIL | 5WHALANPLC,YONKERSNY | 1343706655 ( | 0.55) | 9.15 |
| 04/17/19 | POSTAGE/CERT. MAIL | 7520ASTORIABLV,E,ELM | 1343706654 ( | 0.55) | 9.70 |
| 04/17/19 | POSTAGE/CERT. MAIL | 526W146ST NY NY10031 | 1343706653 ( | 0.55) | 10.25 |
| 04/17/19 | POSTAGE/CERT. MAIL | 70W3RDST,MTVERNON,NY | 1343706652 ( | 0.55) | 10.80 |
| 04/17/19 | POSTAGE/CERT. MAIL | 125BWAY NY 10013 | 1343706651 ( | 0.55) | 11.35 |
| 04/17/19 | POSTAGE/CERT. MAIL | 199WATER ST NY 10038 | 1343706649 ( | 0.55) | 11.90 |
| 04/17/19 | HAIRCUT/HAIRSTYLE | HA - 1343591181 | 1343706648 ( | 2.00) | 12.45 |
| 04/17/19 | VENDOR PHONE CHARG | RS - 1343690154 | 1343706647 ( | 0.60) | 14.45 |

```
Available Balance    :    9.15     Unpaid Restitutions   :
Total Balance        :    9.15     Held Check Balance    :
Current Facility ID :NIC           Surcharge Balance     :
Status              :DETAINED       Uncollected Surcharge:
Filing Fee Balance  :               Funds in Escrow       :
```

<Next>=Down Page     <Prev>=Up Page     <F2>=Print Report     <F11>=Exit
<F17>=Restitutions     <F18>=Phone Calls     <F20>=Date

BAC Number : 3491901703          GEE,ANTOINE

| Date | Description | Notes | Reference | Amount | Balance |
|------|-------------|-------|-----------|--------|---------|
| 04/17/19 | VENDOR PHONE CHARG | RS - 1343629438 | 1343706646 | ( 0.75) | 15.05 |
| 04/17/19 | VENDOR PHONE CHARG | RS - 1343546018 | 1343706645 | ( 0.40) | 15.80 |
| 04/17/19 | POSTAGE/CERT. MAIL | 500PEARLST NY 10007 | 1343706644 | ( 7.60) | 16.20 |
| 04/16/19 | VENDOR PHONE CHARG | SUMM. IN 1343686794 | 1343698828 | ( 1.20) | 23.80 |
| 04/16/19 | 3RD PARTY DEPOSITS | JPAY01 REMOTE DEP | 1343692459 | 25.00 | 25.00 |
| 04/16/19 | VENDOR PHONE CHARG | SUMM. IN 1343686794 | 1343690154 | ( 0.15) | 0.00 |
| 04/15/19 | POSTAGE/MAIL CORR. | POSTAGE-RT 4/10/19 | 1343672783 | 0.15 | 0.15 |
| 04/12/19 | HAIRCUT/HAIRSTYLE | | 1343591181 | | 0.00 |

| | | | |
|---|---|---|---|
| Available Balance | :   9.15 | Unpaid Restitutions | : |
| Total Balance | :   9.15 | Held Check Balance | : |
| Current Facility ID | :NIC | Surcharge Balance | : |
| Status | :DETAINED | Uncollected Surcharge: | |
| Filing Fee Balance | : | Funds in Escrow | : |

&lt;Next&gt;=Down Page      &lt;Prev&gt;=Up Page     &lt;F2&gt;=Print Report    &lt;F11&gt;=Exit
&lt;F17&gt;=Restitutions   &lt;F18&gt;=Phone Calls   &lt;F20&gt;=Date

BAC Number : <u>3491901703</u>                    GEE,ANTOINE

| Date | Description | Notes | Reference | Amount | Balance |
|------|-------------|-------|-----------|--------|---------|
| 04/10/19 | VENDOR PHONE CHARG | SUMM. IN 1343538195 | 1343546018 | ( 0.35) | 0.00 |
| 04/10/19 | POSTAGE/CERT. MAIL | 950PENNSYLVANIAAV,DC | 1343542840 | ( 0.85) | 0.35 |
| 04/10/19 | POSTAGE/CERT. MAIL | NYC COMP NY 10007 | 1343541149 | ( 1.60) | 1.20 |
| 04/10/19 | POSTAGE/MAIL CORR. | POSTAGE-RT 4/4/19 | 1343539822 | 0.15 | 2.80 |
| 04/10/19 | POSTAGE/MAIL CORR. | POSTAGE-RT 4/4/19 | 1343539820 | 0.15 | 2.65 |
| 04/09/19 | COMMISSARY | | 1343523141 | ( 1.20) | 2.50 |
| 04/09/19 | COMMISSARY | | 1343523139 | ( 9.89) | 3.70 |
| 04/09/19 | VENDOR PHONE CHARG | SUMM. IN 1343515643 | 1343522873 | ( 0.50) | 13.59 |

```
Available Balance    :      9.15    Unpaid Restitutions   :
Total Balance        :      9.15    Held Check Balance     :
Current Facility ID :NIC            Surcharge Balance      :
Status              :DETAINED       Uncollected Surcharge:
Filing Fee Balance   :              Funds in Escrow        :
```

BAC Number : 3491901703          GEE,ANTOINE

| Date | Description | Notes | Reference | Amount | Balance |
|------|-------------|-------|-----------|--------|---------|
| 04/06/19 | VENDOR PHONE CHARG | SUMM. IN 1343441725 | 1343442946 ( | 0.63) | 14.09 |
| 04/06/19 | VENDOR PHONE CHARG | SUMM. IN 1343441725 | 1343442442 ( | 0.95) | 14.72 |
| 04/05/19 | VENDOR PHONE CHARG | SUMM. IN 1343419037 | 1343435954 ( | 1.20) | 15.67 |
| 04/05/19 | VENDOR PHONE CHARG | SUMM. IN 1343419037 | 1343421716 ( | 1.20) | 16.87 |
| 04/04/19 | POSTAGE/CERT. MAIL | NYC COMP NY 10007 | 1343394645 ( | 1.15) | 18.07 |
| 04/04/19 | POSTAGE/CERT. MAIL | 160BWAY NY 10038 | 1343394638 ( | 0.70) | 19.22 |
| 04/04/19 | POSTAGE/CERT. MAIL | 20VESEY ST NY10007 | 1343394637 ( | 0.55) | 19.92 |
| 04/04/19 | POSTAGE/CERT. MAIL | 2741CINEYISLANDAV,BK | 1343394636 ( | 0.70) | 20.47 |

```
Available Balance     :     9.15    Unpaid Restitutions   :
Total Balance         :     9.15    Held Check Balance    :
Current Facility ID :NIC            Surcharge Balance     :
Status              :DETAINED       Uncollected Surcharge:
Filing Fee Balance  :               Funds in Escrow       :
```

<Next>=Down Page     <Prev>=Up Page     <F2>=Print Report    <F11>=Exit
<F17>=Restitutions   <F18>=Phone Calls    <F20>=Date

BAC Number : 3491901703                    GEE,ANTOINE

```
Date       Description        Notes              Reference      Amount    Balance
04/04/19   POSTAGE/CERT. MAIL 100CENTER ST NY1007 1343394635 (   0.55)     21.17
04/04/19   POSTAGE/CERT. MAIL 125BWAY NY NY 10036  1343394634 (   0.55)     21.72
04/03/19   VENDOR PHONE CHARG SUMM. IN 1343369754  1343376910 (   1.00)     22.27
04/03/19   VENDOR PHONE CHARG SUMM. IN 1343369754  1343376491 (   0.50)     23.27
04/02/19   VENDOR PHONE CHARG SUMM. IN 1343345823  1343363677 (   1.20)     23.77
04/02/19   VENDOR PHONE CHARG SUMM. IN 1343345823  1343362835 (   0.80)     24.97
04/02/19   COMMISSARY                              1343350324 (   1.20)     25.77
04/02/19   HAIRCUT/HAIRSTYLE                       1343350221 (   2.00)     26.97
```

```
┌────────────────────────────────────────────────────────────────────────────┐
│     Available Balance    :      9.15      Unpaid Restitutions   :            │
│     Total Balance        :      9.15      Held Check Balance    :            │
│     Current Facility ID :NIC              Surcharge Balance     :            │
│     Status             :DETAINED          Uncollected Surcharge:             │
│     Filing Fee Balance  :                 Funds in Escrow       :            │
└────────────────────────────────────────────────────────────────────────────┘
```




# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Gee, Antone | Book & Case #: 34910701703 | NYSID #: |
|---|---|---|

| Facility: North Command Anx | Housing Area: Dorm 3 | Date of Incident: 4-11-19 | Date Submitted: |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** My Pain Levels increased Since Being incarcerated I've talked with D.O.C Staff, medical staff, called 311, Prisoners Rights Project and am now filling a grievance I've exhausted all avenues and i feel as though My call for help is Being ignored. also i have a Bone Density Problem (osteopenia), (arthritis). My Bones Hurt as well as My Lower Back from and Post amputation Site from a Recent Slip and fall.

**Action Requested by Inmate:** increase Pain medication

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☑  No ☐

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

| Inmate's Signature: Gee, Antoine | Date of Signature: 4-12-19 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |


**THE LEGAL AID SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Seymour W. James, Jr.
*Attorney-in-Chief*

Justine M. Luongo
*Attorney-in-Charge*
Criminal Defense Practice

Mary Lynne Werlwas
*Project Director*
Prisoners' Rights Project

TO: Antoine Gee

FROM:    THE PRISONERS' RIGHTS PROJECT

RE:    YOUR MEDICAL CARE ISSUE

    Thank you for contacting the Prisoners' Rights Project about your medical treatment. Enclosed is a report that we have sent for you to officials of the NYC Health & Hospitals Corporation, which operates the jail medical clinics, and the Board of Correction. Please let us know whether or not you receive the health services that we have requested for you.

    Whenever you need medical attention in the future, you should sign up on the list for daily sick call at the clinic or, if it is an emergency, ask any staff member to call the jail clinic. Your right to see a doctor on request is guaranteed by New York City Board of Correction Minimum Health Care Standards. You should also file a medical grievance or request for second opinion if you are not getting the treatment that you need. You should always try to use the existing procedures first.

    The Board of Correction can also help if you have problems getting medical care or have other jail problems. The Board of Correction sets minimum standards for the city jails and has the power to investigate inmate complaints and to try to resolve them with the Department. There is a staff member from BOC assigned to work in your jail. You may request an interview with the staff member by writing or calling the Board of Correction offices at

    Municipal Building
    1 Centre Street, Room 2213
    New York, NY 10007
    Phone: 212-669-7900

    We hope that you are feeling better soon and that our limited assistance will take care of your immediate problem. We are sorry that, due to our limited resources and staff in our office, we cannot represent you in any legal action that you may want to take or bring a case for you in court.

**Guzman, Kyle**

| | |
|---|---|
| **From:** | Lopez, Ginger |
| **Sent:** | Monday, March 25, 2019 4:31 PM |
| **To:** | 'constituentservices@doc.nyc.gov'; 'boccomplaints@boc.nyc.gov'; 'Nina.Edwards@doc.nyc.gov'; 'pmorgese@nychhc.org' |
| **Cc:** | Werlwas, Mary Lynne; Wilker, Dale; Vela, Veronica; Lopez, Ginger; Bustos, Yessica; Guzman, Kyle; McCarthy, Julia; Simpson, Kayla |
| **Subject:** | Request for Medical Accommodations/Supportive Footwear, ANTOINE GEE, B&C: 349-19-01703; NYSID: 01041691M, MDC |

I write on behalf of Mr. Antoine Gee, 349-19-01703, who is currently housed in MDC, 4 South. Mr. Gee reports that he has a prosthetic left leg and is in need of a medical accommodation including specialized footwear.

Mr. Gee says that he became disabled in a 2015 car accident, which now requires him to ambulate through the use of a prosthetic left leg. Mr. Gee also reports that when he was in the community he utilized a device/charger that enabled his prosthetic leg to "bend." He says without the device/charger he experiences immense pain in "every step." He says the pain is unbearable and is proceeding to his lower back area. He says he is currently being prescribed ibuprofen but feels it has not been effective in relieving his pain.

Further, Mr. Gee says that DOC staff in his housing area confiscated his supportive footwear despite showing DOC staff medical documentation allowing him to have supportive footwear. Mr. Gee is requesting orthopedic footwear to help him ambulate.

Mr. Gee also believes that the "thin mattress" he is currently utilizing is also contributing to his increase in back pain. Mr. Gee is requesting a transfer to NIC or an infirmary setting where he feels he will receive more appropriate medical treatment .

Would you please ensure that Mr. Gee is seen by CHS staff concerning his need for supportive footwear, pain medication, a device/charger for his prosthetic leg and possible transfer to an infirmary setting as soon as possible today. Please ensure that Mr. Gee receives supportive wear, pain medication or treatment that will be effective enough to relieve his current pain. Please also consider transferring Mr. Gee to an infirmary setting for more closely monitored medical treatment.

Thank you in advance for your attention to this matter.

**Mayzabeth Ginger Lopez**-Paralegal Casehandler
Prisoners' Rights Project
T: (212) 577-3532 F: (646) 219-8989
199 Water St.
NY, NY 10038





# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A



| Grievance Reference #: NG/19 #211616 | Date Filed: 5/3/19 | Facility: NIC- Annex D3 |
|---|---|---|

| Inmate Name: Gee, Antoine | Book and Case#: 3491901703 | Category: Other |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance: **Grievant states: Sneakers were** taken from me even though I had a doctors note to keep my sneaker. Was taken to intake and searched in a manner that was non professional and sexually harrasing.

Action Requested by Inmate: Preseve video footage for future litigation have security give me back supportive footwear/ investigation.

## STEP 1: FORMAL RESOLUTION

Check one box: ☒ Grievance    ☒ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 5/6/19 Grievant was informed that it's not under the purview of OCGS to provide any of these action requested by inmate.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution    ☐ No    ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

| ☐ Preliminary Review Requested | |
|---|---|

| Grievance Coordinator/Officer Signature: | Date: 5/10/19 |
|---|---|

Antoine D Gee                        Date: 03-30-2019
Book and case: 3491901703            Time 9:45 am

At aprotmatiky 5:35 officer wood and myself talke. I
asked the officer if he could ask medical nurse that
was in my housing area if she could evaluate my
medical condition (Pain) the nurse informed officer
wood she will not do that and that the doctor
will see me.

i feel as though im Being Denied adequate medical
attention/care associated with my disability/———→
Physical impairment. I also feel as though Because
i am seeking Resonable accomadation my disability
is Being Discriminated against. the Doctor was called
at 3:56

Antoine D gee                        Arm

housing area/Place of incident
north command Anet Dorm 3
1500 hazing St east elmhurst, new York 11703



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Gee, Antone | Book & Case #: 3491901703 | NYSID #: |
|---|---|---|

| Facility: North Command Anex | Housing Area: Dorm 3 | Date of Incident: 4-2-19 | Date Submitted: |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Im Being Denied Pain medication that I am Presribed on the outside. im Being Denied A Proper evaluation/Referral for Pain manegment. Im curently Expriencing Cronic Pain/Suffering

Denied acsseible transportation for court on 4-4-19

**Action Requested by Inmate:** Sent to Belvue hospital/East elmhurst Hospital for Proper Pain evaluation/treatment/ Accessible transportation

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?       Yes ☐   No ☐

Do you need the OCGS staff to write the grievance for you?       Yes ☐   No ☐

Have you filed this grievance with a court or other agency?       Yes ☐   No ☐

Did you require the assistance of an interpreter?       Yes ☐   No ☐

| Inmate's Signature: | Date of Signature: |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # NIA/19 #205020 | Category: 8-medical |
|---|---|---|
| 2018 APR -8 P 3:22 | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Gee, Antone

**Book & Case #:** 3491901703

**NYSID #:**

**Facility:** North Command Anex

**Housing Area:** Dorm 3

**Date of Incident:**

**Date Submitted:**

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Im Being Denied Pain medication that I am Prescribed on the outside im Being Denied A Proper evaluation/Referer for Pain management. Im currently experiencing Chronic Pain/Suffering

Denied accessible transportation for court on 4-4-19

**Action Requested by Inmate:** Sent to Bellvue Hospital/East elmhurst Hospital for Proper Pain evaluation/treatment/ Accessible transportation

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☐

Did you require the assistance of an interpreter?   Yes ☐   No ☐

**Inmate's Signature:**

**Date of Signature:**

## FOR DOC OFFICE USE ONLY

### OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

### THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP** D. 3:22 2018 APR -8

**Grievance Reference #** NA119 #205206

**Category:** 8-medical

**Office of Constituent and Grievances Services Coordinator/Officer Signature:**



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM



Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #: N-139/19 #204958 | Date Filed: 4/8/19 | Facility: NIC- Annex D3 |
|---|---|---|

| Inmate Name: Gee, Antoine | Book and Case#: 3491901703 | Category: 2 |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant states: Property Officer

Mcalli lied and said my sneakers in my property have an air bubble to wich they don't and as a result of him lieing I cannot ambulate nor can I wolk properly. It is malicious and discrimination against my disability. Other inmates incarcerated without a physical impairment have nike, jordan puma, timberland, footwear yet I have an actual physical impairment and I'm being denied my footwear from an Officer false accusations.

Action Requested by Inmate: Would like my footwear from my property so I can properly ambulate.

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☒ Grievance  ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 4/9/19 grievant was provided with his footwear from his property after all the proper paperwork was filled out and signed by the facility.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution  ☐ No  ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: 4/9/19 |
|---|---|



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A



| Inmate's Name: Gee, antoine | Book & Case #: 3491901703 | NYSID #: G1C4116a1m |
|---|---|---|

| Facility: north command Anx | Housing Area: D3 | Date of Incident: 4-19-2019 | Date Submitted: 4-19-2019 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I complained about Being in Pain and Showed Pch Caruso my Legal Document cwich has orderd medical staff to Properly treat my Pain He explained to me that the Head doctor cant give me anything at all for my Pain he also said that Medical cant Pay for me to go to Belue hospital where I would Become adeqwartly treated he also said that even if I were given medication By Belue hospital he nor the Head Docter could give me medicine.

**Action Requested by Inmate:** to have a Second opinion for Pain manegment and to Be sent to Belue Hospital for Pain manegment.

---

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☑  No ☐

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☑  No ☐

Did you require the assistance of an interpreter?  Yes ☐  No ☑

| Inmate's Signature: Gee, Antoine | Date of Signature: 04-19-2019 |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM



Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #:<br>N-139/19 #204958 | Date Filed:<br>4/8/19 | Facility:<br>NIC- Annex D3 |
|---|---|---|

| Inmate Name:<br>Gee, Antoine | Book and Case#:<br>3491901703 | Category:<br>2 |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:  Grievant states: Property Officer

Mcalli lied and said my sneakers in my property have an air bubble to wich they don't and as a result of him lieing I cannot ambulate nor can I wolk properly. It is malicious and discrimination against my disability. Other inmates incarcerated without a physical impairment have nike, jordan puma, timberland, footwear yet I have an actual physical impairment and I'm being denied my footwear from an Officer false accusations.

Action Requested by Inmate:  Would like my footwear from my property so I can properly ambulate.

## STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance   ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 4/9/19 grievant was provided with his footwear from his property after all the proper paperwork was filled out and signed by the facility.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: |
|---|---|

☐   Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: 4/9/19 |
|---|---|



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #:<br>N-132/19 #203190 | Date Filed:<br>4/1/19 | Facility:<br>NIC- Annex D3 |
|---|---|---|

| Inmate Name:<br>Gee, Antoine | Book and Case#:<br>3491901703 | Category:<br>14 |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant states: Around 4:15 am

I went to the bubble where Officer Boome was located I observed her in which looked like she may have been asleep. I gently knocked on the window to ask for immediate medical attention where I was told I have to wait for medical personal to asses my chart and then I'll be seen I am in grave pain and suffering prior to speaking with Officer Boon at 3:56 am I told Officer Wood to which he also informed Boon and documented my complaint.

Action Requested by Inmate: Immediate medical accomotion for my pain and suffering/ have my resonable accomodation form 3802A sined by Deputy/Captain/Warden.

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance   ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 4/1/19 Grievant was informed that his complaint was forwarded to the Facility and ADA for further review.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

☐   Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date:<br>4/2/19 |
|---|---|

ATTACHMENT -B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Gee, Antone | Book & Case #: 3491901703 | NYSID #: |
|---|---|---|

| Facility: North Command Area | Housing Area: Dorm 3 | Date of Incident: 4-2-19 | Date Submitted: 4-3-19 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Im Being Denied Pain medication that I am Prescribed on the outside im Being Denied. A Proper evaluation/Referal for Pain management. Im currently Experiencing Cronic Pain/Suffering

Denied assesble transportation for court on 4-4-19

**Action Requested by Inmate:** Sent to Belvue hospital/East elmhurst hospital for Proper Pain evaluation/treatment/ Accessible transportaion

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☐

Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☐

Have you filed this grievance with a court or other agency? Yes ☐ No ☐

Did you require the assistance of an interpreter? Yes ☐ No ☐

| Inmate's Signature: | Date of Signature: |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP 2019 APR -8 D. 3322 | Grievance Reference # NA/19 #205060 | Category: 8-medical |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

 

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Antoine D. Gee | Book & Case #: 3491901703 | NYSID #: |
|---|---|---|

| Facility: North Command Area | Housing Area: Dorm 3 | Date of Incident: 3-30-19 | Date Submitted: 3-30-19 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** around 9:15 am I went to the Bubble where officer Boome was located I observed her in such looked like she may have been asleep. I Gently knocked on the window to ask for immediate medical attention where I was told I have to wait for medical Personel to asses my chart and then I'll be seen I am in grave Pain and Suffering Prior to speaking with officer Boom At 3:56 am I told officer wood to which he also informed Boom and documented my complaint

**Action Requested by Inmate:** Immediate medical accomodation for my Pain and Suffering/have my Resonable accomodation form 38029 signed by Deputy/captain/warden

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☑ | No ☐ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 03-30-19 |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP 2019 APR | Grievance Reference # N-132/19 # 203190 | Category: 14-medical |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Antoine D Gee                    Date: 03-30-2019
Book and case: 3491901703       Time 9:45 am

At aprotmatiky 5:35 officer wood and myself talk. I asked the officer if he could ask Medical nurse that was in my housing area if she could evaluate my Medical Condition (Pain) the nurse informed officer wood she will not do that and that the doctor will see me.

i feel as though im Being Denied adequate medical attention/care associated with my disability/⟶ Physical impairment. I also feel as though Because i am seeking Resonable accomodation my disability is Being Discriminated against. the Doctor was called at 3:56

Antone D gee _____        [signature]

housing area / Place of incident
north command Anex Dorm 3
1500 hazing St east elmhurst, new york 11703



## GEE, ANTOINE
NYSID: 01041691M   BookCase: 34919017 03
Facility Code: NIC   Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: Manhattan Detention Center

03/28/2019                                                Ruth Hai, MD

### Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/16/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5 mg At Bedtime, stop date 03/29/2019, Drug Source: Pharmacy-Non Carry
- HydrOXYzine HCl 50 MG Tablet Total Dose: 100 mg At Bedtime, stop date 03/29/2019, Drug Source: Pharmacy-Non Carry

### Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

### Allergies
N.K.D.A.

### Reason for Appointment
1. EMERGENCY

### History of Present Illness
Notes::
   EMERGENCY called for fall
   27M with MVA 2015 resulting in BL hip fractures, requiring RLE ORIF, L. AKA 2017 with prosthesis, also with HTN, dysthymia, residual syphilis.
   -Patient was found on ground outside elevator, with left leg prosthesis twisted so that foot was pointing outwards. Patient stated he could not walk due to extreme pain in R. knee. With arms he lifted himself into emergency wheelchair.
   -No crutches, had in last admission, does not usually required crutches in the community however has not had access to his usual regimen for caring for and applying prosthesis (states operated via suction, requires alcohol pads or hand rub to clean prosthesis and to enhance suction).
   -Patient also c/o inadequate pain control, took ibuprofen and tylenol this AM. Last admission complained of same, was referred to Ortho to discuss pain control, however was discharged before appointment. He states pain is worse because he is not allowed his good support sneakers, is compensating with his remaining leg. Checked with DOC captains who would not allow sneakers due to being gray and not-accepted brand.

### Vital Signs

| BP | | |
|---|---|---|
| 134/71 | 03/28/2019 12:41:53 PM Eastern Standard Time | Carline Louis |
| **Pulse** | | |
| 94 | 03/28/2019 12:41:53 PM Eastern Standard Time | Carline Louis |
| **RR** | | |
| 15 | 03/28/2019 12:41:53 PM Eastern Standard Time | Carline Louis |
| **Temp** | | |
| | 03/28/2019 12:41:53 PM | |

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Ruth Hai, MD   03/28/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**NYSID:** 01041691M   **BookCase:** 3491901703
**GEE, ANTOINE**
223 NORTH JAMES ST, 2, PEEKSKILL, NY 10566

**DOB:** 03/20/1992   **Age:** 27 Y   **Sex:** Male

**Primary Insurance:**
**PCP:**
**Account Number:**   348672

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies :**   N.K.D.A

| | | | | | |
|---|---|---|---|---|---|
| | | Repeat lipid Profile in three months and follow up. | | | |
| Z11.8 | Encounter for screening for other infectious and parasitic diseases | | 03/17/2019 | 03/28/2019 | Sharma, Pushpendra |
| Z00.00 | Encounter for general adult medical examination without abnormal findings | | 03/17/2019 | 03/28/2019 | Sharma, Pushpendra |
| F12.10 | Cannabis abuse, uncomplicated | | 03/28/2019 | 03/28/2019 | Sharma, Pushpendra |
| F14.10 | ~~Cannabis, uncomplicated~~ | | 03/28/2019 | 03/28/2019 | Sharma, Pushpendra |
| F34.1 | Dysthymic disorder | | 03/28/2019 | 03/28/2019 | Sharma, Pushpendra |
| S88.912S | Complete traumatic amputation of left lower leg, level unspecified, sequela | | 03/28/2019 | 04/03/2019 | Larosa, Christopher |
| F48.9 | Nonpsychotic mental disorder, unspecified | | 03/28/2019 | 03/28/2019 | Davia, Michael |
| G54.6 | Phantom limb syndrome with pain | | 03/28/2019 | 03/28/2019 | Davia, Michael |
| M54.89 | Other dorsalgia | | 03/28/2019 | 04/10/2019 | Larosa, Christopher |
| M80.859S | Other osteoporosis with current pathological fracture, unspecified femur, sequela | | 03/29/2019 | 03/29/2019 | Larosa, Christopher |
| F12.20 | Cannabis use disorder, Moderate | | 04/01/2019 | 04/01/2019 | Allen, Malissa |

## Medications

**Name strength formulation, Sig: take route frequency**

Gabapentin 100 MG Capsule, Total Dose: 100 mg Orally Every 8 Hours Start Date: 04/11/2019 KOP: DrugSource: Pharmacy

Menthol-Methyl Salicylate - Ointment, Total Dose: one application Externally Every 8 Hours prn Start Date: 04/10/2019 KOP: DrugSource: Pharmacy

DiphenhydrAMINE HCl 50 MG Capsule, Total Dose: 100 mg Orally At Bedtime Start Date: 03/29/2019 KOP: No DrugSource: Pharmacy

Abilify 5 MG Tablet, Total Dose: 5mg Orally At Bedtime Start Date: 03/29/2019 KOP: No DrugSource: Pharmacy

Calcium 500/D 500-200 MG-UNIT Tablet, Total Dose: one tablet Orally Twice a day Start Date: 03/29/2019 KOP: No DrugSource: Pharmacy

**NYSID:** 01041691M  **BookCase:** 3491901703
**GEE, ANTOINE**
223 NORTH JAMES ST, 2, PEEKSKILL, NY 10566

**DOB:** 03/20/1992  **Age:** 27 Y  **Sex:** Male
**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

Primary Insurance:
PCP:
**Account Number:**   348672

**Allergies :**  N.K.D.A

---

## Medical History

### Active Problem List

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|------|------|---------|-------|----------|-------------|-------------|
| RI50 | SMI - NO | | | 09/19/2017 | 04/01/2019 | Allen, Malissa |
| F43.23 | Adjustment disorder with mixed anxiety and depressed mood | | | 09/26/2017 | 04/01/2019 | Allen, Malissa |
| Z00.01 | Encounter for general adult medical examination with abnormal findings | | | 07/07/2017 | 07/07/2017 | Harris, Brenda R |
| S88.919A | Complete traumatic amputation of unspecified lower leg, level unspecified, initial encounter | | | 07/07/2017 | 07/12/2017 | Minn, Myoe |
| I10 | Essential (primary) hypertension | | | 07/07/2017 | 03/28/2019 | Davia, Michael |
| M79.605 | Pain in left leg | | | 07/08/2017 | 04/08/2019 | Scrimmager, Leon |
| F41.8 | Other specified anxiety disorders | | | 07/11/2017 | 07/12/2017 | Minn, Myoe |
| Z44.8 | Encounter for fitting and adjustment of other external prosthetic devices | | | 07/12/2017 | 07/12/2017 | Minn, Myoe |
| 820.9 | Open fracture of hip NOS | | | 07/12/2017 | 07/12/2017 | Minn, Myoe |
| R07.82 | Intercostal pain | | | 09/18/2017 | 09/18/2017 | Mccready, Joseph |
| Z71.3 | Dietary counseling and surveillance | | | 09/18/2017 | 09/18/2017 | Mccready, Joseph |
| A52.8 | Late syphilis, latent | | | 09/22/2017 | 09/22/2017 | Barnes (inactive), Landis |
| Z63.4 | Disappearance and death of family member | | | 09/22/2017 | 09/22/2017 | Mateo, Eugenio |
| 733.90 | Osteopenia | | | 10/18/2017 | 10/18/2017 | Mccready, Joseph |
| E78.5 | Hyperlipidemia, unspecified | | The client is on Remeron, Abilify at present. the medications can cause lipids and glucose abnormalities. Glyco Hemoglobin A1-C to be monitor. | 10/19/2017 | 10/19/2017 | Mejia, Franklin |



**Insurance: Self Pay**

**GEE, ANTOINE**
NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: North Infirmary Command

04/13/2019　　　　　　　　　　　　　　　　Antonio Joseph, MD

## Current Medications
**Taking**
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- Menthol-Methyl Salicylate - Ointment Total Dose: one application Every 8 Hours prn, stop date 04/15/2019, Drug Source: Pharmacy
- Robaxin 500 MG Tablet Total Dose: 500 mg Every 8 Hours, stop date 04/13/2019, Drug Source: Pharmacy
- Naprosyn 250 MG Tablet Total Dose: 250 mg every 12 hrs, stop date 04/14/2019, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Every 8 Hours, stop date 05/11/2019, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Allergies
N.K.D.A.

## Reason for Appointment
1. Requesting stat dose of gabapentin

## History of Present Illness
Notes::
　27 year old s/p left leg amputation with prosthesis in place. complaining of phantom pain and requesting stat dose of Gabapentin. Patient has an active prescription for Gabapentin 100 mg TID.

## Examination
General Examination:
　GENERAL APPEARANCE: no acute distress.
　NEUROLOGIC EXAM: alert and oriented x 3, gait: is s/p left BKA; has left leg prosthesis. .
　MENTAL STATUS: normal speech, normal, full affect, alert, awake, oriented x 3.

## Assessments
1. Phantom limb syndrome with pain - G54.6

## Treatment
**1. Phantom limb syndrome with pain**
Start Gabapentin Capsule, 300 MG, Total Dose: 300 mg, Orally, 1 dose Stat, 1 days, Refills 0, Drug Source: RN/LPN DOT
Notes: 27 year old s/p left leg amputation with prosthesis in place. complaining of phantom pain and requesting stat dose of Gabapentin. Patient has an active prescription for Gabapentin 100 mg TID. Will give stat dose of Gabapentin as requested.

## Follow Up
prn

Disposition: Return to Current Housing

Patient: GEE, ANTOINE  DOB: 03/20/1992  Progress Note: Antonio Joseph, MD  04/13/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...　4/15/2019



**Insurance: Self Pay**

# GEE, ANTOINE
NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: North Infirmary Command

04/12/2019                                          Appointment Provider: Christopher Larosa, PA

## Current Medications
**Taking**
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- Menthol-Methyl Salicylate - Ointment Total Dose: one application Every 8 Hours prn, stop date 04/15/2019, Drug Source: Pharmacy
- Robaxin 500 MG Tablet Total Dose: 500 mg Every 8 Hours, stop date 04/13/2019, Drug Source: Pharmacy
- Naprosyn 250 MG Tablet Total Dose: 250 mg every 12 hrs, stop date 04/14/2019, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Every 8 Hours, stop date 05/11/2019, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Reason for Appointment
1. Charger

## Assessments
1. Complete traumatic amputation of left lower leg, level unspecified, sequela - S88.912S

## Treatment
**1. Others**
Referral To: Nursing Follow Up NIC
        Reason: Charger

Referral To: Internal (REF) DOC  Miscellaneous
        Reason: Please allow pt to use charger daily from 6 AM until 10 AM. Thank you

Disposition: Dorm 3/ Handicapped Housing

Appointment Provider: Christopher Larosa, PA

Electronically signed by Christopher Larosa , PA on 04/12/2019 at 10:56 AM EDT

Sign off status: Completed

Patient: GEE, ANTOINE  DOB: 03/20/1992  Progress Note: Christopher Larosa, PA  04/12/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...  4/15/2019



**GEE, ANTOINE**

NYSID: 01041691M   BookCase: 3491901703
Facility Code: NIC   Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: North Infirmary Command

04/11/2019                              Appointment Provider: Jonathan August

## Current Medications

**Taking**
● Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
● Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
● Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
● Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
● Diphenhydr AMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
● Menthol-Methyl Salicylate - Ointment Total Dose: one application Every 8 Hours prn, stop date 04/15/2019, Drug Source: Pharmacy
● Robaxin 500 MG Tablet Total Dose: 500 mg Every 8 Hours, stop date 04/13/2019, Drug Source: Pharmacy
● Naprosyn 250 MG Tablet Total Dose: 250 mg every 12 hrs, stop date 04/14/2019, Drug Source: Pharmacy
● Gabapentin 100 MG Capsule Total Dose: 100 mg Every 8 Hours, stop date 05/11/2019, Drug Source: Pharmacy

## Past Medical History

Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## History of Present Illness

Notes::
     pt known to PT from previous visit; pt says SMD Ramos received pt's prosthetic charger yesterday; says LB and hips hurting him; pt says he's unable to walk smoothly without prosthetic being charged and that he had to walk with a limp into PT room today;.

## Assessments

1. Complete traumatic amputation of left lower leg, level unspecified, sequela - S88.912S

## Treatment

**1. Complete traumatic amputation of left lower leg, level unspecified, sequela**
Notes: Pt awaiting to get charger from SMD Ramos and then PT will try to have pt practice and build up skill on treadmill; mhp to LB x 20 minutes today; pt tol tx well;.

Notes: do not r/s at present; PT will follow up with patient

**Appointment Provider: Jonathan August**

Electronically signed by Jonathan August on 04/11/2019 at 02:08 PM EDT

Sign off status: Completed

---

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/15/2019



Insurance: Self Pay

**GEE, ANTOINE**

NYSID: 01041691M BookCase: 3491901703
Facility Code: NIC Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: North Infirmary Command

04/11/2019

Appointment Provider: Christopher Larosa, PA

## Current Medications
**Taking**

- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- Menthol-Methyl Salicylate - Ointment Total Dose: one application Every 8 Hours prn, stop date 04/15/2019, Drug Source: Pharmacy
- Robaxin 500 MG Tablet Total Dose: 500 mg Every 8 Hours, stop date 04/13/2019, Drug Source: Pharmacy
- Naprosyn 250 MG Tablet Total Dose: 250 mg every 12 hrs, stop date 04/14/2019, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Allergies
N.K.D.A.

## Reason for Appointment
1. Medication renewal

## Assessments
1. Complete traumatic amputation of unspecified lower leg, level unspecified, initial encounter - S88.919A

## Treatment
**1. Complete traumatic amputation of unspecified lower leg, level unspecified, initial encounter**
Start Gabapentin Capsule, 100 MG, Total Dose: 100 mg, Orally, Every 8 Hours, 30 days, Drug Source: Pharmacy

Disposition: Dorm 3/ Handicapped Housing

Appointment Provider: Christopher Larosa, PA

Electronically signed by Christopher Larosa , PA on 04/11/2019 at 10:24 AM EDT

Sign off status: Completed

North Infirmary Command
1500 Hazen Street

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Christopher Larosa, PA   04/11/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/15/2019



**GEE, ANTOINE**

NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: North Infirmary Command

04/10/2019                     Appointment Provider: Christopher Larosa, PA

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan 17 treated, July 17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Allergies
N.K.D.A.

## Reason for Appointment
1. C/o lower back pain

## Assessments
1. Other dorsalgia - M54.89

Pt states he woke up with lower back pain and is requesting something for it. Pt also requested a double mattress. Pt informed that double mattress is not permitted.

## Treatment
**1. Other dorsalgia**
Start Menthol-Methyl Salicylate Ointment, -, Total Dose: one application, Externally, Every 8 Hours prn, 5 days, Drug Source: Pharmacy
Start Robaxin Tablet, 500 MG, Total Dose: 500 mg, Orally, Every 8 Hours, 3 days, Drug Source: Pharmacy
Start Naprosyn Tablet, 250 MG, Total Dose: 250 mg, Orally, every 12 hrs, 4 days, Drug Source: Pharmacy


Disposition: Dorm 3/ Handicapped Housing


Appointment Provider: Christopher Larosa, PA



Electronically signed by Christopher Larosa , PA on 04/10/2019 at 01:15 PM EDT

Sign off status: Completed

Patient: GEE, ANTOINE  DOB: 03/20/1992  Progress Note: Christopher Larosa, PA  04/10/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...  4/15/2019



# GEE, ANTOINE

**Insurance: Self Pay**

NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: North Infirmary Command

04/08/2019                          Appointment Provider: Leon Scrimmager, MD

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17 RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Allergies
N.K.D.A.

## Reason for Appointment
1. S/p fall

## History of Present Illness
TEMPLATES:

   Rikers Injury Report
   Patient claim he slipped and fell in the bathroom on some water. When the medical team arrived the patient was laying in a supine position on the floor with his prothetic device rotated laterally. There was a small amount of water on the floor and the patient clothings were not wet. No one saw the patient fall he was omly observed on the floor. He is c/o severe pain and claim he is unable to move. When I lightly touched his left hip he screamed in pain. Myself and the nurse were able to sit him up and then lift him onto the wheelchair. No bruises or lacerations observed.
   Injury Report:
      General
      DOC Injury Report available? *Yes* /
      DOC Injury Report #: /
      Event Location: *Housing Area bathroom*
      Intentionality: *Intentional* /
      Cause: *Slips and falls* /
      Verified Injury: *Injury by history only* /
      Did the patient have a blow to the head? *No* /
      Did the patient ever lose consciousness? *No* /
      Was the patient ever dazed and confused after injury? *No* /
   VISIT COMPLEXITY SCALE:
      NON-INTAKE ACUITY
      Non-Intake Acuity Scale  *2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*

## Vital Signs

| BP | |
|---|---|
| 129/75 | 04/08/2019 08:39:16 PM Eastern Standard  Leon Scrimmager Time |
| **Pulse** | |

---

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Leon Scrimmager, MD   04/08/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

| | | |
|---|---|---|
| 104 | 04/08/2019 08:39:16 PM Eastern Standard Time | Leon Scrimmager |

| **RR** | | |
|---|---|---|
| 16 | 04/08/2019 08:39:16 PM Eastern Standard Time | Leon Scrimmager |

| **Temp** | | |
|---|---|---|
| 97.0 | 04/08/2019 08:39:16 PM Eastern Standard Time | Leon Scrimmager |

| **SaO2** | | |
|---|---|---|
| 100% | 04/08/2019 08:39:16 PM Eastern Standard Time | Leon Scrimmager |

Patient seen due to emergency call for slip/fall with the MD, brought to the treatment room via wheel chair after assessment, vital signs taken and given to the MD and recorded. Tylenol #3 ordered and given for pain, later Robaxin 500mg ordered and given for muscle spasm. Patient later return to his dorm and monitor continues. Ogunnowo Oludayo RN.

Examination
General Examination:
GENERAL APPEARANCE: in moderate distress, in obvious pain.
HEENT: **HEAD:-**, atraumatic, **EYES:-**, PERRLA, EOMI.
NECK: supple, no thyromegaly, no lymphadenopathy, no carotid bruit, no JVD, normal ROM, non-tender, THYROID:-, no thyromegaly, nontender and FROM, supple.
HEART: RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-, normal S1S2, MURMURS:-, none.
LUNGS: clear to auscultation, no wheezes/rhonchi/rales.
ABDOMEN: soft, NT/ND, BS present, no masses palpated, no guarding or rigidity, no hepatosplenomegaly.
EXTREMITIES: displaced left prosthesis.
BACK: paraspinal lumbar tenderness L>R.
MUSCULOSKELETAL: tenderness left hip.
NEUROLOGIC EXAM: alert and oriented x 3.

Assessments
1. Pain in left leg - M79.605
2. Muscle spasm of back - M62.830

Treatment
**1. Pain in left leg**
Start Tylenol with Codeine #3 Tablet, 300-30 MG, Total Dose: 600-60 mg, Orally, Stat, 0 days, 2 Tablets, Refills 0, Drug Source: RN/LPN DOT

**2. Muscle spasm of back**
Start Robaxin Tablet, 500 MG, Total Dose: 500 mg, Orally, Stat, 0

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Leon Scrimmager, MD   04/08/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/15/2019

*ordered Phisical therapy instead or treating hip/back Pain*

# NYC HEALTH + HOSPITALS

Insurance: Self Pay

## GEE, ANTOINE

NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: North Infirmary Command

04/06/2019                    Appointment Provider: Leon Scrimmager, MD

## Current Medications

**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy

## Past Medical History

Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Reason for Appointment
1. Pain

## History of Present Illness

**Notes::**
Patient states that he requested to see a physician for over one week to address his pain and no one saw him. He was seen several times and is currently on gabapentin for pain control and is getting Physical Therapy. He refused meloxican and ibuprofen. He does not want to stay in the NIC and is requesting to return to his original housing area. This matter has to be addressed with his regular health care provider.
VISIT COMPLEXITY SCALE:
NON-INTAKE ACUITY
Non-Intake Acuity Scale *1: Uncomplicated sick call (med renewal, referral request, single Chief Complaint) OR refusal visit*

## Assessments
1. Phantom limb syndrome with pain - G54.6

Disposition: Infirmary

Appointment Provider: Leon Scrimmager, MD

℞

Electronically signed by Leon Scrimmager, MD on 04/06/2019 at 09:32 AM EDT

Sign off status: Completed

Patient: GEE, ANTOINE  DOB: 03/20/1992  Progress Note: Leon Scrimmager, MD  04/06/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**GEE, ANTOINE**

NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: North Infirmary Command

04/05/2019

Appointment Provider: Jonathan August

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## History of Present Illness
Notes::
    pt is a 27 y/o male with left AKA, January 27, 2015; pt says his lawyer has a charger for his prosthesis; pt says SMD Ramos is apparently in communication with pt's lawyer about getting charger on island; pt says he's good with walking, however pt says this present prosthesis is about 6 weeks old and pt says he wants to try to go from a walk to a jog; pt says he had only jogged once or twice with previous electronic prosthesis which he had for about 3 years; pt says he had a 'regular' prosthesis previously and that this new one is more for 'athletic' type actitivies; amputation was due to MVA. PSH: 17 surgeries on left AKA: PMH: HTN. osteopenia/arthritis; (had ruptured both hips and split pelvis, abdominal reconstructive surgery; both femurs fx, right knee blown out, 4 ribs broken, coma x 6 months; had ex fix on hips and thighs, had OT, PT, speech); MEDS: none at present but pt says he's in a lot of pain due to arthritis primarily in pelvis and hips. Says he was taking stronger pain meds in the community; DX: left AKA, new prosthesis.

## Examination
General Examination:
    PE/OBJ: pt with 5/5 MMT of bilateral UE and right LE; AROM: WFL throughout bilateral UE and Right LE and left hip flexion; pt able to independently ambulate to PT room without assistive device without shoes with good balance, non antalgic gait;.

## Assessments
1. Complete traumatic amputation of left lower leg, level unspecified, sequela - S88.912S

## Treatment
**1. Complete traumatic amputation of left lower leg, level unspecified, sequela**
Notes: pt says he was transferred to NIC because he had a slip/fall in his other facility and that he preferred to be back in his original housing area, at least once he gets his personal footwear and the ability to charge his prosthesis with personal battery charger; pt tol evaluated well ;.

Notes: do not r/s at present; as pt first needs his footwear and possibly

Patient: GEE, ANTOINE  DOB: 03/20/1992  Progress Note: Jonathan August  04/05/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...  4/15/2019



# GEE, ANTOINE

NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: North Infirmary Command

04/03/2019                                    Appointment Provider: Christopher Larosa, PA

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Reason for Appointment
1. c/o R ankle pain

## Assessments
Pt c/o R ankle pain. Pt thinks the pain is due to his walking differently because he is having difficulty with his prothesis, the charge is getting low. Pt offered motrin for pain but doesn't want anything. Pt was advised that his lawyer's phone and cell numbers were forward to pt relations so they could arrange getting his charger for his prothesis to him.

Disposition: Dorm 3/ Handicapped Housing

Appointment Provider: Christopher Larosa, PA

℞

Electronically signed by Christopher Larosa , PA on 04/03/2019 at 12:26 PM EDT

Sign off status: Completed

North Infirmary Command
1500 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000

Patient: GEE, ANTOINE  DOB: 03/20/1992   Progress Note: Christopher Larosa, PA  04/03/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...  4/15/2019



**GEE, ANTOINE**

NYSID: 01041691M   BookCase: 3491901703
Facility Code: NIC   Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: North Infirmary Command

04/03/2019

Appointment Provider: Christopher Larosa, PA

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, KOP: No, Drug Source: Pharmacy
- Calcium 500/D 500-200 MG-UNIT Tablet Total Dose: one tablet Twice a day, stop date 04/28/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy
- DiphenhydrAMINE HCl 50 MG Capsule Total Dose: 100 mg At Bedtime, stop date 04/26/2019, KOP: No, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Reason for Appointment
1. PT referral

## Assessments
1. Complete traumatic amputation of left lower leg, level unspecified, sequela - S88.912S

Pt referred to PT at SMD direction.

## Treatment
**1. Complete traumatic amputation of left lower leg, level unspecified, sequela**
Referral To: Physical Therapy NIC   PhysicalTh (Pending Approval)
   Reason: Pt with L BKA, electronic prothesis, please evaluate

Disposition: Dorm 3/ Handicapped Housing

Appointment Provider: Christopher Larosa, PA

Electronically signed by Christopher Larosa , PA on 04/03/2019 at 10:36 AM EDT

Sign off status: Completed



**NYC HEALTH + HOSPITALS**

Insurance: Self Pay

# GEE, ANTOINE

NYSID: 01041691M  BookCase: 3491901703
Facility Code: NIC  Housing Area: DORM 3
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: North Infirmary Command

03/29/2019                    Appointment Provider: Christopher Larosa, PA

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/11/2019, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5 mg At Bedtime, stop date 04/03/2019, KOP: No, Drug Source: Pharmacy
- HydrOXYzine HCl 50 MG Tablet Total Dose: 100 mg At Bedtime, stop date 04/03/2019, Drug Source: Pharmacy
- Acetaminophen 325 MG Tablet Total Dose: 650 mg three times a day, as needed, stop date 04/01/2019, KOP: No, Drug Source: Pharmacy
- Ultram 50 MG Tablet Total Dose: 50 mg Twice a Day, as needed, stop date 03/31/2019, Drug Source: RN/LPN DOT
- Gabapentin 100 MG Capsule Total Dose: 100 mg Three Times a Day, stop date 04/11/2019, Drug Source: Pharmacy

## Past Medical History
Chickenpox
syphilis RPR 1:64 Jan17 treated, July17
RPR1:8
Chlamydia
L. leg prosthesis with AKA 2017

## Allergies
N.K.D.A.

## Reason for Appointment
1. C/o right foot pain

## Assessments
1. Other osteoporosis with current pathological fracture, unspecified femur, sequela - M80.859S (Primary)

Pt c/o R foot pain due to not being able to walk normally because his L prosthesis needs to be plugged in and he doesn't have the charger.. Pt doesn't want to add any other meds except for vit D with calcium. Agrees to get hip xray and wants ankle xray. Pt claims he has osteopenia, hx of R femur fx with rod.

## Treatment
**1. Other osteoporosis with current pathological fracture, unspecified femur, sequela**
Start Calcium 500/D Tablet, 500-200 MG-UNIT, Total Dose: one tablet, Orally, Twice a day, 30 days, Drug Source: Pharmacy
    IMAGING: Ankle Right Ap, Oblique, Lateral (XRAY)
    IMAGING: Pelvis (XRAY)

Disposition: Dorm 3/Handicapped Housing

Appointment Provider: Christopher Larosa, PA

℞

Electronically signed by Christopher Larosa, PA on 03/29/2019 at 12:37 PM EDT

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Christopher Larosa, PA   03/29/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

| North Infirmary Command | Christopher Larosa, PA |
|---|---|
| 1500 Hazen Street  East Elmhurst, NY 11370 | Physician Assistant |
| Tel: 347-774-7000  Fax: 347-774-8088 | |

| Patient: | GEE, ANTOINE | 04/15/2019 |
|---|---|---|
| DOB: | 03/20/1992, Sex: Male | |
| Address: | 223 NORTH JAMES ST, 2, PEEKSKILL, NY 10566 | |
| Phone: | | |

| Ordered Date: | 03/29/2019 |
|---|---|
| Assessments: | Other osteoporosis with current pathological fracture, unspecified femur, sequela |
| Lab: | Pelvis (XRAY) |
| Fasting: | No |
| Specimen: | Collection Date:04/02/2019   Time:2:26 PM |
| Clinical Info: | possible hx of osteopeniam, hx of femur fx and pelvis fx c/o pain |

| Name | Value | Reference Range |
|---|---|---|
| Result: | Abnormal/Positive/Reactive | |
| Received Date: | 04/03/2019 | |

Larosa,Christopher 4/3/2019 9:54:59 AM > CLINICAL HISTORY:

TECHNIQUE: AP films were obtained revealing the following:

FINDINGS: There is mild degenerative disease of both hips. There is an exostosis extending from the left iliac bone. There is an old fracture deformity of the pubic rami. There are multiple metallic densities overlying the right pelvis and right pubic rami, which may be related to coil material from old vascular studies. There are lucencies in the right femur that appeared to be related to old removal of hardware.

Notes:     IMPRESSION:

1. Old fracture deformity of pubic rami bilaterally with metallic coil material noted.
2. Mild degenerative disease of both hips with no acute fractures.
3. There is an exostosis extending from the left iliac bone. false

Report Electronically Signed by: Michael Shapiro
Report Electronically Signed on: 04/03/2019 06:18 AM

## Patient Name: GEE, ANTOINE , DOB: 03/20/1992



**NYC HEALTH + HOSPITALS**

Insurance: Self Pay

# GEE, ANTOINE

NYSID: 01041691M   BookCase: 3491901703
Facility Code: MDC   Housing Area: 4S
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Appointment Facility: Manhattan Detention Center

03/23/2019

Appointment Provider: Gloria Ihenacho, MD

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/16/2019, KOP: No, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400mg Twice a Day, stop date 03/24/2019, KOP: No, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400 mg Twice a Day, stop date 03/26/2019, KOP: No, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5 mg At Bedtime, stop date 03/29/2019, KOP: No, Drug Source: Pharmacy-Non Carry
- HydrOXYzine HCl 50 MG Tablet Total Dose: 100 mg At Bedtime, stop date 03/29/2019, KOP: No, Drug Source: Pharmacy-Non Carry

## Allergies
N.K.D.A.

## Reason for Appointment
1. Phantom pain

## History of Present Illness
**NURSING ROS:**

11:10am- Pt presents to the clinic to adjust prosthesis to lower extremity. He reports the device is not adhearing as it should be. He reports that when this occurs he need to wipe down and clean the area with rubbing alcohol or hand sanitizer. Pt was given hand sanitizer and under RN supervision he was able to adjust prosthesis. He then asked this RN about his medication, Neurontin. Pt referred to Dr.Ihenacho as a sick call. Pt was explained in detail the sick call procedure. Made aware it is not typical to be seen for sick call on weekends, and pt educated on how to sign up for sick call. A.Burke RN*

11:35am- Neurontin 300mg PO STAT given per Dr.Ihenacho order. Medication is not ordered standing, as medication needs to be approved by SMD. Pt made aware he will only be getting a 1 time, STAT dose for now, until he can see SMD during the week. Pt verbalized understanding. A.Burke RN*.

### Vital Signs

| BP | | |
|---|---|---|
| 133/76 | 03/23/2019 11:39:42 AM Eastern Standard Time | Andrea Burke |
| **Pulse** | | |
| 84 | 03/23/2019 11:39:42 AM Eastern Standard Time | Andrea Burke |
| **RR** | | |
| 14 | 03/23/2019 11:39:42 AM Eastern Standard Time | Andrea Burke |
| **Temp** | | |
| 99.9 | 03/23/2019 11:39:42 AM Eastern Standard Time | Andrea Burke |
| **SaO2** | | |
| 97 | 03/23/2019 11:39:42 AM Eastern Standard Time | Andrea Burke |

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Gloria Ihenacho, MD   03/23/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/15/2019

## PRINT ADDITIONAL COPY FOR NURSING ORDER

Printed 04/08/2019 @ 09:43 PM

## MEDICATION ORDER

Name: **GEE, ANTOINE**    BookCase: 349-19-01703    NYSID: **01041691M** DOB: **03/20/1992**    Loc: **NIC/DORM 3**

Drug: **Robaxin**    Strength: **500 MG**    Total Dose: **500 mg** Freq: **Stat**    Duration: **0 days**

Form: **Tablet**    Route: **Orally**    Start: **04/08/2019**    Stop: **04/08/2019**

Diagnosis: **Muscle spasm of back**

Physician Comments:        Pharm:

Written by: **Leon Scrimmager, MD**    Nursing Profile by:

Approved by:    Rx Order No: **S68466490190408214305**

Allergies: **N.K.D.A.**

*3491901703*

Order Status: **NEW**    Dispense: **500 mg** Drug Source: **RN/LPN DOT**    Date and Time of Order: **Scrimmager,Leon 4/8/2019 9:43:05 PM**



**GEE, ANTOINE**

NYSID: 01041691M  BookCase: 3491901703
Facility Code: MDC Housing Area: 4S
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: Manhattan Detention Center

03/22/2019

Progress Notes: Edith Ogbenna, RNC,FNP BC

## Current Medications

**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/16/2019, KOP: No, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400mg Twice a Day, stop date 03/24/2019, Drug Source: Pharmacy

## Allergies
N.K.D.A.

## Reason for Appointment
1. F/u pain meds evaluation

## History of Present Illness
<u>Notes:</u>:
     pt c/o bilateral hip and knee pain, said he has rod and crews to his bilateral hip , and rt knee, pt with left lower extremity prosthesis , pt said due to injury sustained 2015 in MVA.
<u>VISIT COMPLEXITY SCALE</u>:
     NON-INTAKE ACUITY
       Non-Intake Acuity Scale *2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*

### Vital Signs

| BP | | |
|---|---|---|
| 132/72 | 03/22/2019 09:42:47 AM Eastern Standard Time | Edith Ogbenna |
| **Pulse** | | |
| 73 | 03/22/2019 09:42:47 AM Eastern Standard Time | Edith Ogbenna |
| **RR** | | |
| 14 | 03/22/2019 09:42:47 AM Eastern Standard Time | Edith Ogbenna |
| **Temp** | | |
| 98.4 | 03/22/2019 09:42:47 AM Eastern Standard Time | Edith Ogbenna |

## Examination
<u>General Examination</u>:
     GENERAL APPEARANCE: well-appearing, no acute distress.
     HEENT: **<u>HEAD:-</u>**, normocephalic, atraumatic, **<u>EYES:-</u>**, PERRLA, EOMI, **<u>EARS:-</u>**, external ear unremarkable, **<u>NOSE:-</u>**, normal pink

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Edith Ogbenna, RNC,FNP BC   03/22/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/15/2019

## PRINT ADDITIONAL COPY FOR NURSING ORDER

Printed 04/08/2019 @ 09:00 PM

## MEDICATION ORDER

Name: **GEE, ANTOINE**  BookCase: **349-19-01703**  NYSID: **01041691M** DOB: **03/20/1992**  Loc: **NIC/DORM 3**

Drug: **Tylenol with Codeine #3**  Strength: **300-30 MG**  Total Dose: **600-60 mg**  Freq: **Stat**  Duration: **0 days**

Form: **Tablet**  Route: **Orally**  Start: **04/08/2019**  Stop: **04/08/2019**

Diagnosis: **Pain in left leg**

Physician Comments:  Pharm:

Written by: **Leon Scrimmager, MD**  Nursing Profile by:

Approved by:  Rx Order No: **S68465853190408210000**

Allergies: **N.K.D.A.**

*3491901703*

Order Status: **NEW**

Dispense: **2 Tablets**
Drug Source: **RN/LPN DOT**

Date and Time of Order: **Scrimmager,Leon 4/8/2019 9:00:00 PM**

## PRINT ADDITIONAL COPY FOR NURSING ORDER

Printed 03/28/2019 @ 08:43 PM

## MEDICATION ORDER

Name: **GEE, ANTOINE**

BookCase: **349-19-01703**

NYSID: **01041691M** DOB: **03/20/1992**

Loc: **MDC/RR**

Drug: **HydrOXYzine HCl**

Strength: **50 MG**

Total Dose: **100 mg** Freq: **STAT**

Duration: **0 days**

Form: **Tablet**

Route: **Orally**

Start: **03/28/2019**

Stop: **03/28/2019**

Diagnosis: **Dysthymic disorder**

Physician Comments:

Pharm:

Written by: **Michael Davia, MD**

Nursing Profile by:

Approved by:

Rx Order No: S6825190519 0328204209

Allergies: **N.K.D.A.**



*3491901703*

Order Status: **NEW**

Dispense: Drug Source: **RN/LPN DOT**

Date and Time of Order: Davia,Michael 3/28/2019 8:42:50 PM

---

Name: **GEE, ANTOINE**

BookCase: **349-19-01703**

NYSID: **01041691M** DOB: **03/20/1992**

Loc: **MDC/RR**

Drug: **Abilify**

Strength: **5 MG**

Total Dose: **5 mg**

Freq: **STAT**

Duration: **0 days**

Form: **Tablet**

Route: **Orally**

Start: **03/28/2019**

Stop: **03/28/2019**

Diagnosis: **Dysthymic disorder**

Physician Comments:

Pharm:

Written by: **Michael Davia, MD**

Nursing Profile by:

Approved by:

Rx Order No: S6825199219 0328204250

Allergies: **N.K.D.A.**



*3491901703*

Order Status: **NEW**

Dispense: Drug Source: **RN/LPN DOT**

Date and Time of Order: Davia,Michael 3/28/2019 8:42:50 PM

## PRINT ADDITIONAL COPY FOR NURSING ORDER

Printed 03/23/2019 @ 11:27 AM

## MEDICATION ORDER

| | | | |
|---|---|---|---|
| Name: GEE, ANTOINE | BookCase: 349-19-01703 | NYSID: 01041691MDOB: 03/20/1992 | Loc: MDC/4S |
| Drug: Neurontin | Strength: 300 MG | Total Dose: 1 cap | Freq: Stat | Duration: 0 days |
| Form: Capsule | Route: Orally | Start: 03/23/2019 | Stop: 03/23/2019 | |
| Diagnosis: Pain in left leg | | | |
| Physician Comments: | | Pharm: | |
| Written by: Gloria Ihenacho, MD | | Nursing Profile by: | |
| Approved by: | | Rx Order No: S68136040190323112625 | |
| Allergies: N.K.D.A. | | | |

*3491901703*

Order Status: NEW

Dispense: Drug Source: RN/LPN DOT

Date and Time of Order: Ihenacho,Gloria 3/23/2019 11:26:25 AM



### GEE, ANTOINE

NYSID: 01041691M BookCase: 3491901703
Facility Code: MDC Housing Area: 4S
27 Y old Male, DOB: 03/20/1992
Account Number: 348672
223 NORTH JAMES ST, 2, PEEKSKILL, NY-10566

Insurance: Self Pay

Appointment Facility: Manhattan Detention Center

03/23/2019

Progress Notes: Andrea Burke, RN

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 5 mg Daily, stop date 04/16/2019, KOP: No, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400mg Twice a Day, stop date 03/24/2019, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400 mg Twice a Day, stop date 03/26/2019, Drug Source: Pharmacy
- Abilify 5 MG Tablet Total Dose: 5 mg At Bedtime, stop date 03/29/2019, Drug Source: Pharmacy-Non Carry
- HydrOXYzine HCl 50 MG Tablet Total Dose: 100 mg At Bedtime, stop date 03/29/2019, Drug Source: Pharmacy-Non Carry
- Neurontin 300 MG Capsule Total Dose: 1 cap Stat, stop date 03/23/2019, Drug Source: RN/LPN DOT

## Reason for Appointment
1. Adjust prosthesis

## History of Present Illness
<u>NURSING ROS</u>:

11:10am- Pt presents to the clinic to adjust prosthesis to lower extremity. He reports the device is not adhearing as it should be. He reports that when this occurs he need to wipe down and clean the area with rubbing alcohol or hand sanitizer. Pt was given hand sanitizer and under RN supervision he was able to adjust prosthesis. He then asked this RN about his medication, Neurontin. Pt referred to Dr.Ihenacho as a sick call. Pt was explained in detail the sick call procedure. Made aware it is not typical to be seen for sick call on weekends, and pt educated on how to sign up for sick call. A.Burke RN*.



Electronically signed by Andrea Burke , AA on 03/23/2019 at 11:28 AM EDT

Sign off status: Completed

Manhattan Detention Center
125 White Street
New York, NY 10013
Tel: 347-774-7000

Patient: GEE, ANTOINE   DOB: 03/20/1992   Progress Note: Andrea Burke, RN   03/23/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Examination
General Examination:
    GENERAL APPEARANCE: well-appearing; no acute distress.
    HEENT: **HEAD:-**; normocephalic; **EYES:-**; PERRLA; EOMI;
conjunctiva clear.
    NECK: GENERAL:-; supple.
    HEART: PMI:-; normal; RATE:-; regular; RHYTHM:-; regular.
    LUNGS: clear to auscultation and percussion.
    ABDOMEN: soft, NT/ND, BS present.

Assessments
1. Pain in left leg - M79.605

Treatment
**1. Pain in left leg**
Start Neurontin Capsule, 300 MG, Total Dose: 1 cap, Orally, Stat, 0
days, Drug Source: RN/LPN DOT
Notes: Verified pt was never on neurontin on the outside
will just give start dose.


Appointment Provider: Gloria Ihenacho, MD


℞


Electronically signed by Gloria Ihenacho, MD on 03/23/2019
at 12:16 PM EDT

Sign off status: Completed


Manhattan Detention Center
125 White Street
New York, NY 10013
Tel: 347-774-7000
Fax: 347-774-8088

---

Patient: GEE, ANTOINE  DOB: 03/20/1992  Progress Note: Gloria Ihenacho, MD   03/23/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Att:Ms. Julia
PRisoners Rights Project


From Mr Antoine Gee
1500 Hazen Street
East Elmhurst New York
11370


        I Mr Antoine Gee am hoping that this letter finds
you in the best of health in also in good spirets.

        the real reason that I am reaching out to you for
help is because I am being denied my pain medication that I
need for me to be able to function.

        I am a amputee, I was presribed this medication
before my incarcetion by my docter at Hudson Medical, and I
was alo given the same medication by my primarie care docter
who name is Docter Julia fields located at Mount Sinai hospital

        I spoke to the Head docter here who,s name is docter
Ramos . I told him that not only deal with the pain of myAmputee
but I as have Suerverve Arthetus and Osteopenea . With all this
going on I stay in pain 24 hours a day.

        This is a major issue I also have Interal /hardware
Bone Dinsity, and cronic Artherites.



            THANK YOU FOR YOURTIME

                        YOURS TRULY

3 Administrative Law (Matthew Bender), ch 13, Authority to Make Rules; Rulemaking Under the APA § 13.02

3 Administrative Law (Matthew Bender), ch 19, Investigations §§ 19.01, 19.04

4 Administrative Law (Matthew Bender), ch 24, Burden of Proof and Presumptions § 24.04

4 Administrative Law (Matthew Bender), ch 27, Witnesses § 27.02

4 Administrative Law (Matthew Bender), ch 31, The Right to a Hearing § 31.02

4 Administrative Law (Matthew Bender), ch 32, What Kind of Hearing? § 32.02

4 Administrative Law (Matthew Bender), ch 36, Agency Orders § 36.01

5 Administrative Law (Matthew Bender), ch 41, Licenses §§ 41.01, 41.02, 41.06

5 Administrative Law (Matthew Bender), ch 45, Jurisdiction § 45.04

5 Administrative Law (Matthew Bender), ch 49, Exhaustion of Administrative Remedies §§ 49.01-49.03

6 Administrative Law (Matthew Bender), ch 50, Standing §§ 50.01, 50.04

6 Administrative Law (Matthew Bender), ch 51, Judicial Review of Questions of Law and Facts § 51.04

**Am Jur:**

1 Am Jur 2d, Actions § 23

3B Am Jur 2d, Aliens and Citizens § 1850

3C Am Jur 2d, Aliens and Citizens §§ 1831, 2205, 2208, 2210, 2263

4 Am Jur 2d, Animals § 26

5 Am Jur 2d, Appellate Review § 448

5 Am Jur 2d, Arrest § 3

7A Am Jur 2d, Automobiles and Highway Traffic §§ 63, 75

9 Am Jur 2d, Bankruptcy § 11

15 Am Jur 2d, Civil Rights §§ 15, 230

16 Am Jur 2d, Constitutional Law §§ 16, 18, 53, 154

16A Am Jur 2d, Constitutional Law §§ 222, 224, 249, 389-391, 395, 398, 405, 413, 419-423, 425, 427, 444, 459, 465, 559, 605, 607-627

16B Am Jur 2d, Constitutional Law §§ 628-651, 660, 667, 738, 739, 814-1024, 1031

17 Am Jur 2d, Contempt § 203

19 Am Jur 2d, Corporations §§ 66, 67, 2433

21 Am Jur 2d, Criminal Law §§ 275, 522

21A Am Jur 2d, Criminal Law §§ 906, 1062

22 Am Jur 2d, Damages § 629

22A Am Jur 2d, Death § 311

25 Am Jur 2d, Domicil § 70

25 Am Jur 2d, Dower and Curtesy § 7

25 Am Jur 2d, Drains and Drainage Districts §§ 12, 17, 26, 41

26 Am Jur 2d, Elections §§ 99, 100, 102, 203, 259

29 Am Jur 2d, Evidence § 179

29A Am Jur 2d, Evidence § 817

31A Am Jur 2d, Explosions and Explosives § 203

32 Am Jur 2d, Federal Courts § 466

32A Am Jur 2d, Federal Courts §§ 974, 980

36 Am Jur 2d, Foreign Corporations §§ 39, 175, 181, 182, 184, 191, 198, 346, 431, 432, 450, 471, 532

39 Am Jur 2d, Highways, Streets, and Bridges §§ 110, 166

41 Am Jur 2d, Indictments and Informations § 11

42 Am Jur 2d, Insolvency § 3

45 Am Jur 2d, Intoxicating Liquors §§ 22, 247

45A Am Jur 2d, Job Discrimination §§ 44, 126

45B Am Jur 2d, Job Discrimination §§ 800, 833, 834, 839

46 Am Jur 2d, Judges § 90

46 Am Jur 2d, Judgments §§ 206, 211, 230

47 Am Jur 2d, Judgments § 570

47 Am Jur 2d, Jury §§ 45, 99, 111, 156, 213, 214, 242

49 Am Jur 2d, Landlord and Tenant §§ 797, 835, 850

50 Am Jur 2d, Libel and Slander § 502

51 Am Jur 2d, Licenses and Permits §§ 17, 18, 30, 31

54 Am Jur 2d, Monopolies, Restraints of Trade, and Unfair Trade Practices § 286

62B Am Jur 2d, Private Franchise Contracts § 135

6.01, 6.02, 6.05

2 Civil Rights Actions (Matthew Bender), ch 7, Deprivation of Rights Under Color of State Law-General Principles (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶¶ 7.01, 7.02, 7.05, 7.06, 7.11-7.13

3 Civil Rights Actions (Matthew Bender), ch 14, Implied Causes of Action ¶¶ 14.01-14.04, 14.14, 14.15, 14.17, 14.20

3 Civil Rights Actions (Matthew Bender), ch 17, Discrimination in Federally Assisted Programs ¶¶ 17.04, 17.07, 17.16, 17.43

3 Civil Rights Actions (Matthew Bender), ch 18, Voting Rights ¶¶ 18.01-18.04

3 Civil Rights Actions (Matthew Bender), ch 8, Deprivation of Rights Under Color of State Law-- Elections (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶¶ 8.02, 8.04

3 Civil Rights Actions (Matthew Bender), ch 9, Deprivation of Rights Under Color of State Law-Educational Institutions (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶¶ 9.02, 9.03, 9.09, 9.12

3 Civil Rights Actions (Matthew Bender), ch 10, Deprivation of Rights Under Color of State Law-Law Enforcement and Prosecution (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶¶ 10.01-10.05, 10.08

3 Civil Rights Actions (Matthew Bender), ch 11, Deprivation of Rights Under Color of State Law-- Prisons (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶¶ 11.02, 11.04-11.06, 11.08, 11.10, 11.13, 11.15-11.19

3 Civil Rights Actions (Matthew Bender), ch 12, Deprivation of Rights Under Color of State Law-- Public Employment (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶ 12.01

3 Civil Rights Actions (Matthew Bender), ch 12A, Deprivation of Rights Under Color of State Law-Business Licenses and Professional Privileges (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶¶ 12A.01-12A.03

3 Civil Rights Actions (Matthew Bender), ch 12B, Deprivation of Rights Under Color of State Law-Family Relations (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶¶ 12B.02, 12B.03

3 Civil Rights Actions (Matthew Bender), ch 12C, Deprivation of Rights Under Color of State Law-Mental Institutions (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶ 12C.01

3 Civil Rights Actions (Matthew Bender), ch 12E, Deprivation of Rights Under Color of State Law-Due Process in State Proceedings and State Created Rights (Civil Rights Act of 1871, 42 U.S.C. § 1983) ¶¶ 12E.01, 12E.05, 12E.06

3 Civil Rights Actions (Matthew Bender), ch 13, Conspiracies To Interfere With Civil Rights (Civil Rights Act of 1871, 42 U.S.C. §§ 1985, 1986) ¶¶ 13.02, 13.04, 13.07, 13.09

3 Civil Rights Actions (Matthew Bender), ch 15, Discrimination in Public Accommodations (Civil Rights Act of 1964, Title II, 42 U.S.C. §§ 2000a; 2000a-1, -2, -3; 2000b-2) ¶ 15.02

3 Civil Rights Actions (Matthew Bender), ch 16, Discrimination in Public Education (Civil Rights Act of 1964, Title IV, 42 U.S.C. §§ 2000c through 2000c-9; Equal Educational Opportunities Act of 1974, Title II, 20 U.S.C. §§ 1701-1758) ¶¶ 16.01-16.04, 16.06, 16.09, 16.12, 16.13, 16.16-16.19

3 Civil Rights Actions (Matthew Bender), ch 19, Fair Housing (Civil Rights Act of 1968, Title VIII, 42 U.S.C. §§ 3601-3619) ¶ 19.11

4 Civil Rights Actions (Matthew Bender), ch 20, Equal Pay for Equal Work (The Equal Pay Act of 1963, 29 U.S.C. § 206(d)) ¶ 20.03

4 Civil Rights Actions (Matthew Bender), ch 21, Employment Discrimination Based on Race, Color, Religion, Sex, or National Origin (Civil Rights Act of 1964 Title VII, as Amended through 1991, 42 U.S.C. §§ 2000e-17) ¶¶ 21.03, 21.11, 21.22, 21.23

5 Civil Rights Actions (Matthew Bender), ch 22, Age Discrimination in Employment (Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634) ¶¶ 22.01, 22.02

5 Civil Rights Actions (Matthew Bender), ch 22A, Rights of Americans with Disabilities (Americans with Disabilities Act of 1990, as amended through 1991, 42 U.S.C. §§ 12101-12213) ¶¶ 22A.01, 22A.03

6 Civil Rights Actions (Matthew Bender), ch F1, General Practice Forms §F1.01

6 Civil Rights Actions (Matthew Bender), ch F2, Education §§F2.01, F2.03

6 Civil Rights Actions (Matthew Bender), ch F3, Employment Discrimination §§F3.01, F3.04

6 Civil Rights Actions (Matthew Bender), ch F4, First Amendment Rights §§F4.01, F4.02

6 Civil Rights Actions (Matthew Bender), ch F5, Government Benefits and Services; Licenses §F5.01

7 Civil Rights Actions (Matthew Bender), ch F6, Housing and Accommodations §F6.01

7 Civil Rights Actions (Matthew Bender), ch F7, Labor Unions §F7.01

7 Civil Rights Actions (Matthew Bender), ch F8, Military Service §F8.01

7 Civil Rights Actions (Matthew Bender), ch F9, Police and Prosecutorial Misconduct §§F9.01, F9.02, F9.05

7 Civil Rights Actions (Matthew Bender), ch F10, Prisoner's Rights §F10.01

7 Civil Rights Actions (Matthew Bender), ch F11, Property and Contract Rights §§F11.01, F11.04

7 Civil Rights Actions (Matthew Bender), ch F12, Voting Rights §F12.01, F12.03

7 Civil Rights Actions (Matthew Bender), ch F15, Violation of Right To Privacy Through Governmental Disclosure of Personal Information Without Consent §F15.01

7 Civil Rights Actions (Matthew Bender), ch F17, Jury Instructions §§F17.01, F17.02, F17.05, F17.06

1 Administrative Law (Matthew Bender), ch 1, Introduction § 1.01

1 Administrative Law (Matthew Bender), ch 5, Officers and Employees § 5.02

1 Administrative Law (Matthew Bender), ch 6A, Governmental Liability in Tort § 6A.04

1 Administrative Law (Matthew Bender), ch 6B, Liability in Tort of Government Employees §§ 6B.01-6B.04

CERTIFIED MAIL

017 0530 0000 7161 4941

Antoine Gee
1500 Hazen St
east elmhurst, ny 11370
North infirmary command

USM's
SDNY

NOV 0 1 2019

FOREVER

NOT USMS
TRY C. of C.

Pro Se Intake

United States District court
Southern District of new york
500 Pearl St soit10 140
New york,ny10007



PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE®
For Domestic Use Only

TRACKED
★ ★ ★
INSURED

Label 107R, July 2013

U.S. POSTAGE PAID
PM I-DAY
11373
OCT 29,19
ELMHURST, NY
AMOUNT
$13.65
R2304H108141-14
1604
10007