**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTOINE GEE,

                Plaintiff,

    -against-                                        19 **CIVIL** 3622 (LTS) (SDA)

                                                              **JUDGMENT**

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, DOCTOR ROUL RAMOS,
DEPUTY WARDEN MICHELLE NALLETT, and
THE CITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated July 2, 2020, Defendants' motion to dismiss Plaintiff Antoine Gee's complaint is granted; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal; Judgment is entered in Defendants' favor, and this case is closed.

**Dated:**  New York, New York
           July 2, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                          **BY:**
                                                              **Deputy Clerk**